

Principal®
Financial Group

H36395

06/01/2008

GROUP POLICY FOR:

# ONE TECHNOLOGIES, L.P.

**MEMBERS ELECTING HSA**
Group Medical Preferred Provider Organization (PPO) Insurance

**Print Date: 06/30/2008**



EXHIBIT

A

tabbies®

PLIC Henry 1

This page left blank intentionally

# CHANGE NO. --2-- AMENDMENT TO BE ATTACHED TO
## AND MADE A PART OF
### PRINCIPAL LIFE INSURANCE COMPANY GROUP
### POLICY NO. GME H36395 ISSUED TO

## ONE TECHNOLOGIES, L.P.

It is agreed that the above Group Policy be amended effective as of June 1, 2008, by striking all pages and replacing such pages with the following updated Group Policy.

The effect of this change is to completely replace the documentation of the contract between the above-named Policyholder and The Principal. Therefore, as of the effective date of this change, all prior versions of that documentation are null and void. This change is not intended to renew the contract between the Policyholder and The Principal in any way which affects the time limits of the coverages or limitations as stated in the original documentation.

The provisions and conditions set forth on any attached page are part of this Amendment the same as if set forth above.

This Amendment will become effective as a Written agreement between The Principal and the Policyholder on the first premium due date following the effective date shown above for which premium due under this Group Policy is received by The Principal.

Executed by The Principal as of June 30, 2008.

Senior Vice President and Corporate Secretary     President and Chief Executive Officer

Countersigned:

Director, Group Compliance

Executed by the Policyholder as of _____.

ONE TECHNOLOGIES, L.P.

By: _____

Title: _____

GC 800-2

This page left blank intentionally

# STATE NOTICE

## IMPORTANT NOTICE

To obtain information or make a complaint:

You may call Principal Life Insurance Company's toll-free telephone number for information or to make a complaint at:

**1-800-247-4695**

You may also write to Principal Life Insurance Company at:

Principal Life Insurance Company
Attn: Group Life and Health Division
711 High Street
Des Moines, Iowa 50392-0001

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights, or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance:

P.O. Box 149104
Austin, TX 78714-9104
Fax # (512) 475-1771
Web: http://www.tdi.state.tx.us
Email: ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:** Should you have a dispute concerning your premium or about a claim, you should contact the agent or the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for information only and does not become a part or condition of the attached document.

## AVISO IMPORTANTE

Para obtener informacion o para someter una queja:

Usted puede llamar al numero de telefono gratis de Principal Life Insurance Company para informacion o para someter una queja al:

**1-800-247-4695**

Usted tambien puede escribir a Principal Life Insurance Company:

Principal Life Insurance Company
Attn: Group Life and Health Division
711 High Street
Des Moines, Iowa 50392-0001

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, cobeturas, derechos o quejas al

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas:

P.O. Box 149104
Austin, TX 78714-9104
Fax # (512) 475-1771
Web: http://www.tdi.state.tx.us
Email: ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente o la compania primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI)

**UNA ESTE AVISO A SU POLIZA:** Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

GC 803 TX-3     NOTICE TO POLICYHOLDER

PLIC Henry 5

This page left blank intentionally

**PRINCIPAL LIFE INSURANCE COMPANY**
**(called The Principal in this Group Policy)**
**Des Moines, Iowa 50392-0001**

This group insurance policy is issued to:

ONE TECHNOLOGIES, L.P.
(called the Policyholder in this Group Policy)

The Date of Issue is June 1, 2006.

In return for the Policyholder's application and payment of all premiums when due, The Principal agrees to provide:

**MEMBER AND DEPENDENT**
**MEDICAL EXPENSE INSURANCE**

**Comprehensive Medical**

subject to the terms and conditions described in this Group Policy.

Senior Vice President and Corporate Secretary          President and Chief Executive Officer

**THIS GROUP POLICY IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE. A PARTICIPATING EMPLOYER DOES NOT BECOME A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM BY PARTICIPATING UNDER THIS GROUP POLICY, AND IF THE EMPLOYER IS A NON-SUBSCRIBER, THE EMPLOYER LOSES THOSE BENEFITS WHICH WOULD OTHERWISE ACCRUE UNDER THE WORKERS' COMPENSATION LAWS. THE EMPLOYER MUST COMPLY WITH THE WORKERS' COMPENSATION LAW AS IT PERTAINS TO NON-SUBSCRIBERS AND THE REQUIRED NOTIFICATIONS THAT MUST BE FILED AND POSTED.**

GROUP POLICY NO. GME H36395
NON-PARTICIPATING
CONTRACT STATE OF ISSUE: TEXAS

**This Policy has been updated effective June 1, 2008**

GC 5000-1                          **TITLE PAGE**

# TABLE OF CONTENTS

**PART I - DEFINITIONS**

**PART II - POLICY ADMINISTRATION**

### Section A - Contract

| | |
|---|---|
| Entire Contract | Article 1 |
| Policy Changes | Article 2 |
| Policyholder Eligibility Requirements | Article 3 |
| Policy Incontestability | Article 4 |
| Individual Incontestability and Eligibility | Article 5 |
| Information to be Furnished | Article 6 |
| Certificates | Article 7 |
| Experience Premium Refunds | Article 8 |
| Workers' Compensation Not Affected | Article 9 |
| Dependent Rights | Article 10 |
| Policy Interpretation | Article 11 |
| Electronic Transactions | Article 12 |

### Section B - Premiums

| | |
|---|---|
| Payment Responsibility; Due Dates; Grace Period | Article 1 |
| Premium Rates | Article 2 |
| Premium Rate Changes | Article 3 |
| Premium Amount | Article 4 |
| Contributions from Members | Article 5 |

### Section C - Policy Termination

| | |
|---|---|
| Failure to Pay Premium | Article 1 |
| Termination By Notice | Article 2 |
| Renewability Provisions | Article 3 |
| Nonrenewal or Termination: Effective Date and Notice Provisions | Article 4 |
| Policyholder Responsibility to Members | Article 5 |
| Policy Changes | Article 6 |

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

### Section A - Eligibility

| | |
|---|---|
| Member Medical Expense Insurance | Article 1 |
| Dependent Medical Expense Insurance | Article 2 |

**This Policy has been updated effective June 1, 2008**

GC 5001-4        **TABLE OF CONTENTS, PAGE 1**

PLIC Henry 8

**Section B - Effective Dates**

| | |
|---|---|
| Member Medical Expense Insurance | Article 1 |
| Dependent Medical Expense Insurance | Article 2 |

**Section C - Individual Terminations**

| | |
|---|---|
| Member Medical Expense Insurance | Article 1 |
| Dependent Medical Expense Insurance | Article 2 |

**Section D - Continuation**

| | |
|---|---|
| Member Medical Expense Insurance | Article 1 |
| Dependent Medical Expense Insurance | Article 2 |
| State Required Continuation - TEXAS | Article 3 |
| Federal Required Continuation | Article 4 |

**Section E - Reinstatement**

| | |
|---|---|
| Reinstatement | Article 1 |

# PART IV - BENEFITS

**Section A - Medical Expense Insurance (General Provisions)**

| | |
|---|---|
| Schedule of Insurance | Article 1 |
| Benefit Qualification | Article 2 |
| Benefits Payable | Article 3 |
| Benefits Payable - Required by Federal Law | Article 3A |
| Benefits Payable - State Required - TEXAS | Article 3B |
| Member Benefit Options | Article 4 |

**Section A (1) - Comprehensive Medical Expense Insurance (PPO)**

| | |
|---|---|
| Payment Conditions | Article 1 |
| Treatment or Service Not Available from a Preferred Provider | Article 2 |

**Section A (2) - Comprehensive Medical Expense Insurance (PPO) - Deductible and Out-of-Pocket Expense**

| | |
|---|---|
| Deductible Amount | Article 1 |
| Out of Pocket Expenses | Article 2 |

**Section A (3) - Comprehensive Medical Expense Insurance (PPO) - Covered Charges**

| | |
|---|---|
| Covered Charges | Article 1 |

**This Policy has been updated effective June 1, 2008**

PLIC Henry 9

Prescription Drugs      Article 2
Covered Charges for Multiple Surgical Procedures      Article 3
Covered Charges for an Assistant during Surgical Procedures      Article 4

**Section A (4) - Comprehensive Medical Expense Insurance (PPO) - Mental Health or Behavioral Treatment Services and Alcohol or Drug Abuse Treatment Services**

Payment Conditions - Mental Health or Behavioral Treatment
Services and Alcohol or Drug Abuse Treatment Services      Article 1

**Section A (5) - Comprehensive Medical Expense Insurance (PPO) - Transplant Services**

Payment Conditions - Transplant Services      Article 1

**Section A (6) - Comprehensive Medical Expense Insurance (PPO) - Medical Emergency**

Payment Conditions - Medical Emergency      Article 1

**Section A (7) - Comprehensive Medical Expense Insurance (PPO) - Wellness Services**

Payment Conditions - Wellness Services      Article 1

**Section A (8) - Comprehensive Medical Expense Insurance (PPO) - Rehabilitative Services**

Payment Conditions - Rehabilitative Services      Article 1

**Section A (9) - Comprehensive Medical Expense Insurance (PPO) - Outpatient X-ray Services; Outpatient Laboratory Services**

Payment Conditions - Outpatient X-Ray Services      Article 1
Payment Conditions - Outpatient Laboratory Services      Article 2

**Section A (10) - Comprehensive Medical Expense Insurance (PPO) - Emergency Room Services**

Payment Conditions - Emergency Room Services      Article 1

**Section A (11) - Comprehensive Medical Expense Insurance (PPO) - Home Health Care and Home Infusion Therapy Services**

Payment Conditions - Home Health Care      Article 1
Payment Conditions - Home Infusion Therapy Services      Article 2

**This Policy has been updated effective June 1, 2008**

GC 5001-4        **TABLE OF CONTENTS, PAGE 3**

PLIC Henry 10

**Section A (12) - Comprehensive Medical Expense Insurance (PPO) - Durable Medical Equipment**

    Payment Conditions - Durable Medical Equipment           Article 1

**Section A (13) - Comprehensive Medical Expense Insurance (PPO) - Prosthetics**

    Payment Conditions - Prosthetics           Article 1

**Section A (14) - Comprehensive Medical Expense Insurance (PPO) - Hospice Care**

    Payment Conditions - Hospice Care           Article 1

**Section A (15) - Comprehensive Medical Expense Insurance (PPO) - Skilled Nursing Facility Confinement**

    Payment Conditions - Skilled Nursing Facility           Article 1

**Section A (18) - Comprehensive Medical Expense Insurance (PPO) - Limitations**

    Limitations           Article 1

**Section B1 (1A) - Utilization Management Program**

    Applicability           Article 1
    Definitions Applicable to the Utilization Management
    Program           Article 2
    Payment Conditions - Utilization Management
    Requirements           Article 3
    Hospital Admission Review           Article 4
    Utilization Review Program           Article 5
    Preauthorization Procedures           Article 6

**Section B (2D) - External Review**

    Right to Request an External Review
    of an Adverse Determination           Article 1

**Section C - Claim Procedures**

    Notice of Claim           Article 1
    Claim Forms           Article 2
    Proof of Loss           Article 3
    Payment, Denial and Review           Article 4
    Facility of Payment           Article 5
    Medical Examinations           Article 6

**This Policy has been updated effective June 1, 2008**

PLIC Henry 11

| | |
|---|---|
| Legal Action | Article 7 |
| Time Limits | Article 8 |
| Recoding of Procedures | Article 9 |

**Section D - Replacement of a Prior Plan**

| | |
|---|---|
| Applicability | Article 1 |
| Benefits Payable | Article 2 |
| Deductible Credit | Article 3 |

**Section E - Preexisting Condition Exclusion**

| | |
|---|---|
| Applicability | Article 1 |
| Definition | Article 2 |
| Exclusion Period | Article 3 |
| Credit for Previous Creditable Coverage | Article 4 |

**Section F - Coordination with Other Benefits**

| | |
|---|---|
| Purpose | Article 1 |
| Definitions | Article 2 |
| Effect on Benefits | Article 3 |
| Order of Benefit Determination | Article 4 |
| Medicare Exception | Article 5 |
| Exchange of Information | Article 6 |
| Facility of Payment | Article 7 |
| Right of Recovery | Article 8 |

**Section H - Subrogation and Reimbursement**

| | |
|---|---|
| Applicability | Article 1 |
| Transfer of Rights | Article 2 |
| Member and Dependent Obligations | Article 3 |

**This Policy has been updated effective June 1, 2008**

PLIC Henry 12

# PART I - DEFINITIONS

When used in this Group Policy, the terms listed below will mean:

## Alcohol or Drug Abuse Treatment Services

Treatment or Service provided to alter a person's behavior, regardless of the cause of that behavior, including, but not limited to: individual, family or group psychotherapy; psychiatric diagnostic interview or examinations; behavior modification; alcohol or drug abuse medication management; alcohol or drug abuse rehabilitation or counseling services; biofeedback, or milieu or other therapies (physical, occupational or speech therapy), used to diagnose or treat alcohol or drug abuse problems.

## Ambulatory Surgery Center

A facility designed to provide surgical care which does not require Hospital Inpatient Confinement but is at a level above what is available in a Physician's office or clinic. An Ambulatory Surgery Center:

a.  is licensed by the proper authority of the state in which it is located, has an organized Physician staff, and has permanent facilities that are equipped and operated primarily for the purpose of performing surgical procedures; and

b.  provides Physician services and full-time skilled nursing services directed by a licensed registered nurse (R.N.) whenever a patient is in the facility; and

c.  does not provide the services or other accommodations for Hospital Inpatient Confinement; and

d.  is not a facility used as an office or clinic for the private practice of a Physician or other professional providers.

## Average Wholesale Price  (AWP)

The published cost of a drug product to the wholesaler.

## Birthing Center

A freestanding facility that is licensed by the proper authority of the state in which it is located and that:

a.  provides prenatal care, delivery, and immediate postpartum care; and

b.  operates under the direction of a Physician who is a specialist in obstetrics and gynecology; and

**This Policy has been updated effective June 1, 2008**

PLIC Henry 13

c. has a Physician or certified nurse midwife present at all births and during the immediate postpartum period; and

d. provides, during labor, delivery and the immediate postpartum period, full-time skilled nursing services directed by a licensed registered nurse (R.N.) or certified nurse midwife; and

e. has a Written agreement with a Hospital in the area for emergency transfer of a patient or a newborn child, with Written procedures for such transfer being displayed and staff members being aware of such procedures.

## Chemical Dependency Treatment Center

A facility that provides a program for the treatment of chemical dependency (alcohol or drug abuse) pursuant to a Written treatment plan approved and monitored by a Physician, and which is:

a. affiliated with a Hospital under a contractual agreement with an established system for patient referral; or

b. accredited as such a facility by the Joint Commission on Accreditation of Hospitals; or

c. licensed, certified or approved as a chemical dependency treatment program by the proper authority of the state in which it is located.

## Community Mental Health Center

A community or county mental health facility that is licensed by the proper authority of the state in which it is located, and is primarily engaged in providing outpatient Mental Health or Behavioral Treatment Services.

## Cosmetic Treatment and Services

Treatment or Services to change:

a. the texture or appearance of the skin; or

b. the relative size or position of any part of the body;

when such Treatment or Service is performed primarily for psychological purposes or is not needed to correct or improve a bodily function. Cosmetic Treatment and Services include, but are not limited to, surgery, pharmacological regimens, and all related charges.

## Covered Charges

A Treatment or Service is considered to be a Covered Charge if the Treatment or Service is:

**This Policy has been updated effective June 1, 2008**

**GC 5002 SE (TX)-5        PART I - DEFINITIONS, PAGE 2**

a. prescribed by a Physician and required for the screening, diagnosis or treatment of a medical condition;

b. consistent with the diagnosis or symptoms;

c. not excessive in scope, duration, intensity or quantity;

d. the most appropriate level of services or supplies that can safely be provided; and

e. determined by The Principal to be Generally Accepted.

## Creditable Coverage

With respect to an individual, coverage of the individual under any of the following:

a. A Group Health Plan, as defined in this PART I;

b. Health Insurance Coverage, as defined in this PART I;

c. Medicare (Part A or Part B of Title XVIII of the Social Security Act);

d. Medicaid (Title XIX of the Social Security Act, other than coverage consisting solely of benefits under Section 1928);

e. TRICARE (Chapter 55 of Title 10, United States Code);

f. A medical care program of the Indian Health Service or of a tribal organization;

g. A state or political subdivision health benefits risk pool;

h. A health benefit plan for government employees (Chapter 89 of Title 5, United States Code);

i. A public health plan established or maintained by a State, the United States, a foreign country, or any political subdivision thereof;

j. A health benefit plan provided under the Peace Corp Act;

k. Any other similar coverage permitted under state or federal law or regulations.

l. Short term limited duration coverage;

m. A health benefit plan provided under a State Children's Health Insurance Program (Title XXI of the Social Security Act).

Creditable Coverage does not include coverage consisting solely of coverage of Excepted Benefits. For this purpose, "Excepted Benefits" means benefits or coverage under one or more

**This Policy has been updated effective June 1, 2008**

GC 5002 SE (TX)-5          PART I - DEFINITIONS, PAGE 3

PLIC Henry 15

(or any combination) of the following:

a.   Coverage only for accident (including accidental death and dismemberment);

b.   Disability income insurance;

c.   Liability insurance, including general liability insurance and automobile liability insurance;

d.   Coverage issued as a supplement to liability insurance;

e.   Workers' Compensation or similar insurance;

f.   Automobile medical payment insurance;

g.   Credit-only insurance (for example, mortgage insurance);

h.   Coverage for on-site medical clinics;

i.   Coverage provided by a single-service Health Maintenance Organization;

j.   Other similar insurance coverage, under which benefits for medical care are secondary or incidental to other insurance benefits;

k.   The following benefits if offered separately from medical expense benefits (provided under a separate policy, certificate or contract of insurance, or otherwise not an integral part of the plan);

   -   limited scope dental or vision benefits;
   -   benefits for long-term care, nursing home care, home health care, community-based care, or any combination thereof;
   -   other similar limited benefits;

l.   The following benefits if offered as independent, noncoordinated benefits:

   -   coverage only for a specified disease or illness;
   -   hospital indemnity or other fixed indemnity insurance;

m.   The following benefits if offered as a separate insurance policy:

   -   Medicare Supplement insurance;
   -   coverage supplemental to TRICARE;
   -   similar supplemental coverage provided to coverage under a Group Health Plan;

n.   Health flexible spending arrangement, if the following are satisfied:

   -   the maximum benefit from employee and employer contributions for the year does

**This Policy has been updated effective June 1, 2008**

**GC 5002 SE (TX)-5          PART I - DEFINITIONS, PAGE 4**

not exceed two times the employee's annual salary reduction;

- the employee has other group health coverage available that is not limited to Excepted Benefits.

## Crisis Stabilization Unit

A 24-hour residential program that is usually short-term in nature and that provides intensive supervision and highly structured activities to persons who are demonstrating an acute demonstrable psychiatric crisis of moderate to severe proportions.

## Custodial Care

Assistance with meeting personal needs or the Activities of Daily Living.

For this purpose, "Activities of Daily Living" means activities that do not require the services of a Physician, registered nurse (R.N.), licensed practical nurse (L.P.N.), chiropractor, physical therapist, occupational therapist, speech therapist, or other health care professional including, but not limited to, bathing, dressing, getting in and out of bed, feeding, walking, elimination, and taking medications.

## Date of Issue

The date this Group Policy is placed in force: June 1, 2006.

## Deductible; Deductible Amount

A specified dollar amount of Covered Charges that must be incurred by the Member or Dependent before benefits will be payable under this Group Policy for all or part of the remaining Covered Charges during the calendar year.

## Dental Services

Any Treatment or Service provided to diagnose, prevent, or correct:

a.  periodontal disease (disease of the surrounding and supplemental tissues of the teeth, including deformities of the bone surrounding the teeth); or

b.  malocclusion (abnormal positioning or relationship of the teeth); or

c.  ailments or defects of the teeth and supporting tissue and bone (excluding appliances used to close an acquired or congenital opening. However, the term Dental Services will include treatment performed to replace or restore any natural teeth in conjunction with the use of any such appliance).

## Dependent

a.  A Member's spouse, if that spouse:

**This Policy has been updated effective June 1, 2008**

GC 5002 SE (TX)-5          **PART 1 - DEFINITIONS, PAGE 5**

PLIC Henry 17

      (1)   is not in the Armed Forces of any country; and

      (2)   is not insured under this Group Policy as a Member.

b.    A Member's Dependent Child (or Children) as defined below.

**Dependent Child; Dependent Children**

a.    A Member's natural child, if that child:

      (1)   is not married; and
      (2)   is not in the Armed Forces of any country; and
      (3)   is not insured under this Group Policy as a Member; and
      (4)   is less than 25 years of age.

A newly adopted child will be considered a Dependent Child from the earliest of the date the Member is a party in a suit for adoption, the date of adoption, or the date of Placement with the Member for the purpose of adoption. The child will continue to be a Dependent Child unless Placement is disrupted prior to legal adoption and the child is removed from Placement.

b.    A Member's stepchild, if that child meets the requirements in a. (1), (2), (3), and (4) above;

c.    A Member's foster child, if that child:

      (1)   meets the requirements in a. (1), (2), (3), and (4) above; and
      (2)   lives with the Member; and
      (3)   receives principal support from the Member; and
      (4)   is approved in Writing by The Principal as a Dependent Child.

d.    A Member's dependent grandchild, if that child meets the requirements in a. (1), (2), (3), and (4) above;

e.    A Member's Dependent Child of any age who is medically certified as disabled and dependent on the Member.

f.    A Member's child 19 years but less than 25 years of age, if that child is a Mormon missionary for a period of two years or less; and

      (1)   otherwise qualifies under a., b., c., d. or e. above; and
      (2)   receives principal support from the Member.

Dependent Child will include any child covered under a Qualified Medical Child Support Order (QMCSO) or National Medical Support Notice (NMSN) as defined by applicable federal law and state insurance laws that are applicable to this Group Policy, provided the child meets this Group Policy's definition of a Dependent Child.

**This Policy has been updated effective June 1, 2008**

PLIC Henry 18

**Developmental Disability**

A Dependent Child's substantial handicap which results from mental retardation, cerebral palsy, epilepsy, or other neurological disorder.

**Eligible Employee**

ANY PERSON ELECTING HSA:

Any employee who is regularly scheduled to work for a Small Employer on a full-time basis with a normal work week of 30 or more hours, including a sole proprietor, a partner of a partnership, and an independent contractor, if included as an employee under a health care plan of a Small Employer, but excluding any employee who works on a part-time, temporary, seasonal, or substitute basis. The employee must be compensated by the Policyholder and either the employer or employee must be able to show income on federal or state tax forms. Work must be at the Policyholder's usual place or places of business or at another place to which an employee must travel to perform his or her regular duties.

The term "Eligible Employee" does not include an employee who is covered under:

a.   a group, blanket, or franchise Health Insurance Coverage; or

b.   a self-funded or self-insured employee welfare benefit plan that provides health benefits and that is established in accordance with the Employee Retirement Income Security Act of 1974 (ERISA); or

c.   the Medicaid program if the employee elects not to be covered under this Group Policy; or

d.   another federal program, including the TRICARE or Medicare program, if the employee elects not to be covered under this Group Policy; or

e.   a benefit plan established in another country, if the employee elects not to be covered under this Group Policy.

**Experimental or Investigational Measures**

Any Treatment or Service, regardless of any claimed therapeutic value, not Generally Accepted by specialists in that particular field of medicine.

**Generally Accepted**

Treatment or Service for the particular sickness or injury which is the subject of the claim that:

a.   has been accepted as the standard of practice according to the prevailing opinion among experts as shown by (or in) articles published in authoritative, peer-reviewed medical

**This Policy has been updated effective June 1, 2008**

PLIC Henry 19

and scientific literature; and

b.   is in general use in the relevant medical community; and

c.   is not under scientific testing or research.

**Group Health Plan**

An employee welfare benefit plan, as defined in ERISA, to the extent that the plan provides medical care to employees or their dependents (as defined under the terms of the plan) directly or through insurance, reimbursement, or otherwise.

**Group Policy**

The policy of group insurance issued to the Policyholder by The Principal which describes benefits and provisions for Members and Dependents.

**Health Care Extender**

A health care provider who assists in the delivery of covered medical services under the direction and supervision of a Physician.

"Direction and supervision" means the Physician co-signs any progress notes Written by the Health Care Extender; or there is a legal agreement that places overall responsibility for the Health Care Extender's services on the Physician.

**Health Insurance Coverage**

Benefits consisting of medical care under any hospital or medical service policy or certificate, hospital or medical service plan contract, or Health Maintenance Organization (HMO) contract, offered by an insurance company, insurance service, or insurance organization (including an HMO and a stipulated premium company) licensed to engage in the business of insurance and subject to state law which regulates insurance.

**Health Maintenance Organization (HMO)**

An entity that is:

a.   A federally qualified Health Maintenance Organization as defined by federal law; or

b.   An organization recognized under state law as a Health Maintenance Organization; or

c.   A similar organization regulated under state law for solvency in the same manner and to the same extent as such a Health Maintenance Organization.

**HMO Affiliation Period**

**This Policy has been updated effective June 1, 2008**

PLIC Henry 20

A period of time which, under the terms of the Health Insurance Coverage offered by a Health Maintenance Organization (HMO), must expire before an individual's coverage becomes effective.

**Home Health Aide**

A person, other than a licensed registered nurse (R.N.) or a licensed vocational nurse (L.V.N.), who provides medical or therapeutic care under the supervision of a Home Health Care Agency.

**Home Health Care Agency**

A Hospital, agency, or other service that is certified by the proper authority of the state in which it is located to provide home health care.

**Home Health Care Plan**

A program of home care that:

a.   is required as the result of a sickness or injury; and

b.   prevents, delays or shortens a Hospital Inpatient Confinement or Skilled Nursing Facility confinement; and

c.   is documented in a Written plan of care; and

d.   is prescribed by the attending Physician.

**Home Infusion Therapy Services**

Treatment or Service required for the administration of intravenous drugs or solutions, which:

a.   is required as a result of a sickness or injury; and

b.   prevents, delays, or shortens a Hospital Inpatient Confinement or Skilled Nursing Facility confinement; and

c.   is documented in a Written plan of care; and

d.   is prescribed by the attending Physician.

**Hospice**

A facility, agency, or service that:

a.   is licensed by the proper authority of the state in which it is located to establish and manage Hospice Care Programs; and

**This Policy has been updated effective June 1, 2008**

GC 5002 SE (TX)-5          PART I - DEFINITIONS, PAGE 9

PLIC Henry 21

b.    arranges, coordinates, and provides Hospice Care Services for dying individuals and their families; and

c.    maintains records of Hospice Care Services provided and bills for such services on a consolidated basis.

### Hospice Care Program

A program that furnishes palliative or supportive care focused on comfort and not cure and that is:

a.    managed by a Hospice; and

b.    established jointly by a Hospice, a Hospice Care Team, and an attending Physician;

to meet the special physical, psychological, and spiritual needs of dying individuals and their families.

### Hospice Care Team

A group that provides coordinated Hospice Care Services and normally includes:

a.    a Physician;

b.    a patient care coordinator (Physician or nurse who serves as an intermediary between the program and the attending Physician);

c.    a nurse;

d.    a mental health specialist;

e.    a social worker;

f.    a chaplain; and

g.    lay volunteers.

### Hospital

An institution that is licensed as a Hospital by the proper authority of the state in which it is located, but not including any institution, or part thereof, that is used primarily as a clinic, Skilled Nursing Facility, convalescent home, rest home, home for the aged, nursing home, custodial care facility, or training center.

For the purpose of Mental Health or Behavioral Treatment Services and Alcohol or Drug Abuse Treatment Services, the definition of "Hospital" will include each of the following facilities provided it is licensed by the proper authority of the state in which it is located:

**This Policy has been updated effective June 1, 2008**

PLIC Henry 22

a. a Psychiatric Hospital; and

b. an Inpatient Alcohol or Drug Abuse Treatment Facility; and

c. any other facility required by state law to be recognized as a treatment facility under this Group Policy.

**Hospital Inpatient Confined; Hospital Inpatient Confinement**

Any period of Treatment or Service in a Hospital in excess of twenty-three consecutive hours for any cause. A Hospital Admission Review as defined in PART IV, Section B1 (1A), is required for Hospital Inpatient Confinements.

**Hospital Inpatient Confinement Charges**

Covered Charges by a Hospital for room, board, and other usual services and by a Physician for pathology, radiology, or the administration of anesthesia provided while a person is Hospital Inpatient Confined.

**Hospital Room Maximum**

Covered Charges by a Hospital for room and board while confined in a private room up to:

a. the Hospital's most frequent semiprivate room rate, if the Hospital has semiprivate rooms; or

b. the Hospital's most frequent private room rate, if the Hospital has no semiprivate rooms.

**Immediate Family**

A Member's or a Dependent's spouse, natural or adoptive parent, natural or adopted child, sibling, stepparent, stepchild, stepbrother or stepsister, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, grandparent, grandchild, or spouse of a grandparent or grandchild.

**Inpatient Alcohol or Drug Abuse Treatment Facility**

An institution that is licensed by the proper authority of the state in which it is located, and is primarily engaged in providing alcohol or drug detoxification or rehabilitation treatment services; and

a. is supervised on a full-time basis by a Doctor of Medicine (M.D.) or Doctor of Osteopathy (D.O.); and

b. provides 24-hour a day on-site nursing care by licensed registered nurses (R.N.s).

**Insurance Month**

**This Policy has been updated effective June 1, 2008**

Calendar month.

## Medical Emergency

The sudden onset and severity, including but not limited to severe pain, of a medical condition that would lead a prudent layperson possessing average knowledge of medicine and health to believe that the person's condition, sickness, or injury is of such a nature that failure to get immediate medical care could result in:

a.  placing the health of the Member or Dependent, or with respect to a pregnant Member or Dependent, the health of the mother and her unborn child, in serious jeopardy; or

b.  serious impairment to bodily functions; or

c.  serious dysfunction of any bodily organ or part; or

d.  serious disfigurement.

## Member

Any person who is a Eligible Employee of the Policyholder.

## Mental Health or Behavioral Treatment Services

Treatment or Service provided to alter a person's behavior, regardless of the cause of that behavior, including, but not limited to: individual, family or group psychotherapy; psychological testing; electroconvulsive therapy; psychiatric diagnostic interviews or examinations; behavior modification; psychiatric medication management; hypnotherapy; narcosynthesis; biofeedback, milieu or other therapies (physical, occupational or speech therapy) used to diagnose or treat mental health or behavioral problems.

## Non-Preferred Provider/Non-PPO Provider

A Hospital, Physician, or other provider not contracted with the preferred provider organization (PPO) network identified by The Principal to this Group Policy.

## Outpatient Alcohol or Drug Abuse Treatment Facility

A facility that is licensed by the proper authority of the state in which it is located, and is primarily engaged in providing outpatient alcohol or drug abuse treatment services.

## Physical Handicap

A Dependent Child's substantial physical or mental impairment which:

a.  results from injury, accident, congenital defect, or sickness; and

**This Policy has been updated effective June 1, 2008**

PLIC Henry 24

b.   is diagnosed by a Physician as a dysfunction or malformation of the body.

**Physician**

a.   A licensed Doctor of Medicine (M.D.) or Osteopathy (D.O.); or

b.   any other licensed health care practitioner that state law requires be recognized as a Physician under this Group Policy.

Whether or not required by state law, the following licensed or certified health care practitioners will be recognized, on the same basis as a Physician, for Covered Charges of services performed within the scope of their license: audiologist, chiropractor, dentist, occupational therapist, optometrist, physician's assistant, physical therapist, podiatrist, psychologist, social worker, and speech pathologist.

**Physician Visit**

A face-to-face meeting between a Physician or the Physician's staff and a patient for the purpose of medical Treatment or Service except when health care is performed via a Telemedicine medical service or a Telehealth service. Telemedicine medical service means a health care service initiated by a Physician or provided by a health care professional acting under Physician delegation and supervision for purpose of patient assessment by a health professional, diagnosis or consultation by a Physician, treatment, or the transfer of medical data that requires the use of advanced telecommunications technology other than by telephone or facsimile, including:

a.   compressed digital interactive video, audio, or data transmission;

b.   clinical data transmission using computer imaging by way of still-image capture; and

c.   other technology that facilitates access to health care services or medical specialty expertise.

Telehealth service means a health service, other than a Telemedicine medical service, delivered by a licensed or certified health professional acting within the scope of the health professional's license or certification who does not perform a Telemedicine medical service that requires the use of advanced telecommunications technology, other than by telephone or facsimile, including:

a.   compressed digital interactive video, audio, or data transmission;

b.   clinical data transmission using computer imaging by way of still-image capture and store and forward; and

c.   other technology that facilitates access to health care services or medical specialty expertise.

**This Policy has been updated effective June 1, 2008**

**GC 5002 SE (TX)-5        PART 1 - DEFINITIONS, PAGE 13**

PLIC Henry 25

**Placement for Adoption; Placement**

The assumption and retention by a person of a legal obligation for total or partial support of a child in anticipation of adopting the child. The child's placement with the person terminates upon the termination of such legal obligation.

**Policy Anniversary**

June 1, 2009, and the same day of each following year.

**Policyholder**

The entity to whom this Group Policy is issued (see Title Page).

**Preferred Provider/PPO Provider**

A Hospital, Physician, or other provider contracted with a preferred provider organization (PPO) network identified by The Principal to this Group Policy.

The Policyholder's participation in the PPO network does not mean that an insured person's choice of provider will be restricted. The insured person may seek needed medical care from any Hospital, Physician, or other provider of his or her choice. However, in order to avoid higher charges and reduced benefit payment, the insured persons are urged to obtain such care from Preferred Providers whenever possible.

The Principal has the right to terminate the preferred provider organization (PPO) portion of this Group Policy if The Principal or the preferred provider organization (PPO) terminates the arrangement.

The Principal also has the right to identify different preferred provider organizations from time to time, and to terminate the designation of any Preferred Provider at any time.

**Preferred Provider Organization (PPO) Service Area**

The geographic area within which Preferred Provider services are available to persons insured under this Group Policy.

**Prevailing Charges**

a. For medical care received from Preferred Providers, the negotiated fee between the Preferred Provider and the PPO.

b. For medical care received from Non-Preferred Providers, the amount as determined by The Principal that is derived from a cost-based methodology used by Medicare or a methodology similar to one used by Medicare.

c. For Home Infusion Therapy Services, the amount will be established by The Principal at

**This Policy has been updated effective June 1, 2008**

GC 5002 SE (TX)-5          PART I - DEFINITIONS, PAGE 14

the time services are preapproved, not to exceed the Average Wholesale Price.

d.   For medical care received from a Transplant Network Provider, the amount will be based on the negotiated fee.

e.   For drugs and medicines requiring a Physician's prescription and considered a covered Treatment or Service, Prevailing Charges will not exceed the Average Wholesale Price.

f.   For purposes of Treatment or Service for a Medical Emergency provided outside the United States, the Prevailing Charge will be calculated based on the Policyholder's United States Address.

**Prior Plan**

The group medical expense coverage of the Policyholder for which this Group Policy is a replacement.

**Psychiatric Hospital**

An institution that is licensed as a Hospital by the proper authority of the state in which it is located, and is primarily engaged in providing diagnostic and therapeutic Mental Health or Behavioral Treatment Services.

For the purpose of this definition, a Psychiatric Hospital will also include any inpatient bed in a licensed general Hospital used to provide diagnostic and therapeutic Mental Health or Behavioral Treatment Services in the absence of a specialized or designated psychiatric treatment unit.

**Residential Treatment Center for Children and Adolescents**

A childcare institution that provides residential care and treatment for emotionally disturbed children and adolescents and that is accredited as a residential treatment center by the Council on Accreditation, the Joint Commission on Accreditation of Hospitals, or the American Association of Psychiatric Services for Children.

**Signed or Signature**

Any symbol or method executed or adopted by a person with the present intention to authenticate a record, and which is on or transmitted by paper or electronic media, and which is consistent with applicable law and is agreed to by The Principal.

**Skilled Nursing Facility**

An institution (including one providing sub-acute care), or distinct part thereof, that is licensed by the proper authority of the state in which it is located to provide skilled nursing care and that:

**This Policy has been updated effective June 1, 2008**

a.  is supervised on a full-time basis by a Doctor of Medicine (M.D.) or Doctor of Osteopathy (D.O.) or a licensed registered nurse (R.N.) ; and

b.  has transfer arrangements with one or more Hospitals, a utilization review plan, and operating policies developed and monitored by a professional group that includes at least one M.D. or D.O.; and

c.  has an existing contract for the services of an M.D. or D.O., maintains daily records on each patient, and is equipped to dispense and administer drugs; and

d.  provides 24-hour nursing care and other medical treatment.

Not included are rest homes, homes for the aged, nursing homes, or places which furnish Mental Health or Behavioral Treatment Services and Alcohol or Drug Abuse Treatment Services.

## Small Employer

An employer actively engaged in business, that employs an average of at least two employees but not more than 50 Eligible Employees on business days during the preceding calendar year, and that employs at least two employees on the Date of Issue of this Group Policy and on each subsequent Policy Anniversary.

For the purposes of this definition, a partnership is the employer of a partner. "Small Employer" includes a governmental entity subject to the Texas Insurance Code, if the entity meets this definition and elects to be treated as a Small Employer.

A Texas independent school district may elect to participate in the Small Employer market without regard to the number of Eligible Employees of the independent school district. If an independent school district makes such an election, it will be deemed to be a Small Employer for all purposes under this Group Policy.

In determining the number of Eligible Employees, the following rules apply:

a.  All persons treated as a single employer under Section 414 (b), (c), (m) or (o) of the Internal Revenue Code will be considered one employer.

b.  If an employer was not in existence throughout the preceding calendar year, determination will be based on the average number of Eligible Employees that the employer reasonably expects to employ on business days in the current calendar year.

c.  Any reference to "employer" in these provisions will include a reference to any predecessor of such employer.

Except as otherwise provided in this Group Policy, an employer will continue to be a Small Employer until the Policy Anniversary following the date the employer ceases to meet this definition.

**This Policy has been updated effective June 1, 2008**

PLIC Henry 28

**Social Detoxification**

A Treatment or Service designed to achieve detoxification without the use of drugs or other medical interventions.

**Total Disability; Totally Disabled**

a.  For a Member, a Member's inability, as determined by The Principal, due to sickness or injury, to work at any job that reasonably fits his or her background or training; and

b.  For a Dependent, a substantial impairment, due to sickness or injury, that prevents the individual from performing the normal function of his or her regular duties or activities.

**Transplant Network**

Any network of providers that The Principal determines to be an appropriate transplant network and that has contracted to provide Transplant Services subject to a negotiated fee schedule as provided in PART IV, Section A (5). The Transplant Network is United Resource Networks.

**Treatment or Service**

When used in this Group Policy, the term "Treatment or Service" will be considered to mean: "confinement, treatment, service, substance, material, or device".

**Waiting Period**

With respect to a Group Health Plan and an individual who is a potential enrollee in the plan, the period of time that must pass with respect to the individual before he or she is eligible to be covered for benefits under the terms of the plan.

The Waiting Period for coverage of a Member and his or her eligible Dependents under this Group Policy is 30 consecutive days of continuous employment as a Member, as described in PART III, Section A.

**Written or Writing**

A record which is on or transmitted by paper or electronic media, and which is consistent with applicable law.

# PART II - POLICY ADMINISTRATION

## Section A - Contract

### Article 1 - Entire Contract

This Group Policy, the current Certificate, the attached Policyholder application, and any Member applications make up the entire contract. The Principal is obligated only as provided in this Group Policy and is not bound by any trust or plan to which it is not a signatory party.

### Article 2 - Policy Changes

Insurance under this Group Policy runs annually to the Policy Anniversary, unless sooner terminated. No agent, employee, or person other than an officer of The Principal has authority to change this Group Policy, and, to be effective, all such changes must be in Writing and Signed by an officer of The Principal.

The Principal reserves the right to change this Group Policy as follows:

a. Any or all provisions of this Group Policy may be amended or changed at any time, including retroactive changes, to the extent necessary to meet the requirements of any law or any regulation issued by any governmental agency to which this Group Policy is subject.

b. Any or all provisions of this Group Policy may be amended or changed at any time when The Principal determines that such amendment is required for consistent application of policy provisions.

c. By Written agreement between The Principal and the Policyholder this Group Policy may be amended or changed at any time as to any of its provisions.

Any change to this Group Policy, including, but not limited to, those in regard to coverage, benefits, and participation privileges, may be made without the consent of any Member or Dependent.

Payment of premium beyond the effective date of the change constitutes the Policyholder's consent to the change.

**This Policy has been updated effective June 1, 2008**

## PART II - POLICY ADMINISTRATION

GC 5003 SE (TX)-4          Section A - Contract, Page 1

PLIC Henry 30

## Article 3 - Policyholder Eligibility Requirements

To be an eligible group and to remain an eligible group, the Policyholder must:

a.  Be actively engaged in business for profit within the meaning of the Internal Revenue Code, or be established as a legitimate nonprofit corporation within the meaning of the Internal Revenue Code; and

b.  Make at least the level of premium contributions required for insurance on its eligible Members. The Policyholder must contribute at least 50% of the required premium for all Members (including disabled Members, if any); and

c.  Maintain at least a 75% participation percentage with respect to Eligible Employees. If the percentage calculation results in other than a round number, that number will be rounded down to the nearest whole number, and the result will be deemed 75% participation for the purposes of the minimum participation requirement. If the Policyholder has medical coverage for its employees with more than one carrier, the collective enrolment under all those coverages must be at least 75% of the Small Employer's Eligible Employees. For the purpose of determining the 75% participation requirement, the term "Eligible Employee" will not include any employee who has other medical coverage, as described in PART I - Definitions.

If the Policyholder has medical expense coverage for its employees with more than one carrier, at least 50% of Eligible Employees participating in medical expense coverage sponsored by the Policyholder must enroll under this Group Policy. This requirement does not apply if the Policyholder's other medical expense coverage is issued by an affiliate of The Principal.

If the Policyholder had prior coverage with The Principal which coverage terminated due to nonpayment of premium, fraud or misrepresentation of material fact, or failure to comply with minimum participation or employer-contribution requirements, The Principal will not accept application from that Policyholder within 12 months after the date of such termination.


## Article 4 - Policy Incontestability

In the absence of fraud, after this Group Policy has been in force two years, The Principal may not contest its validity except for nonpayment of premium.


## Article 5 - Individual Incontestability and Eligibility

All statements made by any individual insured under this Group Policy will be representations and not warranties. In the absence of fraud, these statements may not be used to contest an insured person's insurance unless:


**This Policy has been updated effective June 1, 2008**

## PART II - POLICY ADMINISTRATION

GC 5003 SE (TX)-4          Section A - Contract, Page 2

a.   the insured person's insurance has been in force for less than two years during the insured's lifetime; and

b.   the statement is in Written form Signed by the insured person; and

c.   a copy of the form which contains the statement is given to the insured or the insured's beneficiary at the time insurance is contested.

However, these provisions will not preclude the assertion at any time of defenses based upon the person's ineligibility for insurance under this Group Policy or upon the provisions of this Group Policy. In addition, if an individual's age is misstated, The Principal may at any time adjust premium and benefits to reflect the correct age.

The Principal may at any time terminate a Member's or Dependent's eligibility under this Group Policy:

a.   in Writing and with 31-day notice, if the individual submits any claim that contains false or fraudulent elements under state or federal law;

b.   in Writing and with 31-day notice, upon finding in a civil or criminal case that a Member or Dependent has submitted claims that contain false or fraudulent elements under state or federal law;

c.   in Writing and with 31-day notice, when a Member or Dependent has submitted a claim which, in good faith judgment and investigation, a Member or Dependent knew or should have known contains false or fraudulent elements under state or federal law.

## Article 6 - Information to be Furnished

The Policyholder must, upon request, give The Principal all information needed to administer this Group Policy. If a clerical error is found in this information, The Principal may at any time adjust premium to reflect the facts. An error will not invalidate insurance that would otherwise be in force. Neither will an error continue insurance that would otherwise be terminated.

The Principal may inspect, at any reasonable time, all Policyholder and Participating Unit records which relate to this Group Policy.

## Article 7 - Certificates

The Principal will give the Policyholder Certificates for delivery to insured Members. The delivery of such Certificates will be in either paper or electronic format. The Certificates will be evidence of insurance and will describe the basic features of the benefit plan. They will

**This Policy has been updated effective June 1, 2008**

**PART II - POLICY ADMINISTRATION**

GC 5003 SE (TX)-4       **Section A - Contract, Page 3**

PLIC Henry 32

not be considered a part of this Group Policy.

## Article 8 - Experience Premium Refunds

The Principal will determine the Experience Premium Refund, if any, as of each Policy Anniversary in accordance with the formula to be applied to all such policies receiving an Experience Premium Refund. The Policyholder has no rights to any Experience Premium Refund unless and until determined by The Principal. If premiums due before the Policy Anniversary and for the next following Insurance Month have been paid, any such Experience Premium Refund will be:

a.    paid in cash to the Policyholder; or

b.    used to pay future premiums due, if the Policyholder directs in Writing.

If at any time total Experience Premium Refund for all years to date exceed the Policyholder's premium contributions and expense for those years, the excess must be used for the sole benefit of the insured Members.

"Experience Premium Refund" means any portion of the remainder of premium plus any reserves being released by The Principal after all claims, charges, expenses, taxes, amounts to fund deficits, and any other amounts deducted by The Principal have been funded fully, which is determined by The Principal to be distributable for the benefit of the participants in this group insurance or of the employee welfare benefit plan for which this Group Policy was purchased. Any Experience Premium Refund will be determined by The Principal according to a formula developed by The Principal for all policies of a class.

## Article 9 - Workers' Compensation Not Affected

This Group Policy is not in place of and does not affect nor fulfill the requirements for Workers' Compensation Insurance.

## Article 10 - Dependent Rights

A Dependent will have no rights under this Group Policy except as set forth in PART III, Section D, Article 2 and Section F, Article 2.

## Article 11 - Policy Interpretation

The Principal has complete discretion to construe or interpret the provisions of this group insurance policy, to determine eligibility for benefits, and to determine the type and extent of

**This Policy has been updated effective June 1, 2008**

## PART II - POLICY ADMINISTRATION

GC 5003 SE (TX)-4          Section A - Contract, Page 4

PLIC Henry 33

benefits, if any, to be provided. The decisions of The Principal in such matters shall be controlling, binding, and final as between The Principal and persons covered by this Group Policy, subject to the Claims Procedures in PART IV, Section C.

**Article 12 - Electronic Transactions**

Any transaction relating to this Group Policy may be conducted by electronic means if performance of the transaction is consistent with applicable state and federal law.

Any notice required by the provisions of this Group Policy given by electronic means will have the same force and effect as notice given in writing.

**This Policy has been updated effective June 1, 2008**

PLIC Henry 34

# PART II - POLICY ADMINISTRATION

## Section B - Premiums

### Article 1 - Payment Responsibility; Due Dates; Grace Period

The Policyholder is responsible for payment of all premium due while this Group Policy is in force. Payments must be sent to the home office of The Principal in Des Moines, Iowa.

The Policyholder is responsible for payment of all premium for the Member or Dependent through the end of the Insurance Month the Policyholder notifies The Principal that the Member or Dependent no longer satisfies the eligibility requirements as described in Part III, Section A. The Member's or Dependent's coverage will terminate under this Group Policy as described in Part III, Section C.

The first premium is due on the Date of Issue of this Group Policy. Each premium thereafter will be due on the first of each Insurance Month. Except for the first premium, a Grace Period of 31 days will be allowed for payment of premium. "Grace Period" means the first 31-day period following a premium due date. This Group Policy will remain in force until the end of the Grace Period, unless the Group Policy has been terminated by notice as described in this PART II, Section C. The Policyholder will be liable for payment of the premium for the time this Group Policy remains in force during the Grace Period.

### Article 2 - Premium Rates

The premium rate(s) for each Member insured for Medical Expense Insurance will be:

| | |
|---|---|
| Member under age 65 Without Dependents | $345.23 |
| Member under age 65 and Spouse | $1,062.65 |
| Member under age 65 and Children | $803.71 |
| Member under age 65 and All Dependents | $1,521.13 |
| Member age 65 or older Without Dependents | $576.85 |
| Member age 65 or older and Spouse | $1,153.70 |
| Member age 65 or older and Children | $1,035.33 |
| Member age 65 or older and All Dependents | $1,612.18 |

**This Policy has been updated effective June 1, 2008**

### PART II - POLICY ADMINISTRATION

## Article 3 - Premium Rate Changes

The Principal may change a premium rate on any of the following dates:

a. on any premium due date, if the rate has then been in force 12 months or more and if Written notice is given to the Policyholder at least 61 days before the date of change; or

b. on any premium due date, after the initial premium rate has been in force 12 months or more and if Written notice is given to the Policyholder at least 61 days before the date of change; or

c. on any date the definition of Member or Dependent is changed; or

d. on any date that a schedule of insurance or class of insured Members is changed.

If the Policyholder agrees to participate in the electronic services program of The Principal and, at a later date elects to withdraw from participation, such withdrawal may result a fee being charged to the Policyholder.


## Article 4 - Premium Amount

The amount of premium to be paid on each due date will be the sum of the premium rates then in effect for all Members then insured. The Principal may change a premium rate for a Member on any premium due date if the age of the Member has changed since the last premium due date.

If a Member is added or a present Member's insurance is increased or terminated on other than the first day of an Insurance Month, premium for that Member will be adjusted and applied as if the change were to take place on the first of the next following Insurance Month.


## Article 5 - Contributions from Members

Members are not required to contribute a part of the premium for their insurance under this Group Policy.

Members are required to contribute a part of the premium for their Dependent's insurance under this Group Policy.


**This Policy has been updated effective June 1, 2008**

### PART II - POLICY ADMINISTRATION

PLIC Henry 36

# PART II - POLICY ADMINISTRATION

## Section C - Policy Termination

### Article 1 - Failure to Pay Premium

This Group Policy will terminate at the end of a Grace Period if total premium due has not been received by The Principal before the end of the Grace Period. Failure by the Policyholder to pay the premium within the Grace Period will be deemed notice by the Policyholder to The Principal to discontinue this Group Policy at the end of the Grace Period.

### Article 2 - Termination By Notice

The Policyholder may terminate this Group Policy effective on the day before a premium due date by giving Written notice to The Principal prior to that premium due date.

The Principal may nonrenew or terminate this Group Policy for the reasons described in Article 3 below. The effective date of any such nonrenewal or termination and the applicable notice provisions will be as described in Article 4 below.

### Article 3 - Renewability Provisions

This Group Policy is renewable, with respect to all Members and Dependents, at the option of the Policyholder. However, The Principal has the right to nonrenew or terminate this Group Policy for any of the following reasons:

a.  <u>Nonpayment of Premium</u>. The Policyholder has failed to pay premium in accordance with the requirements of this Group Policy.

b.  <u>Fraud or Misrepresentation</u>. The Policyholder has performed an act or practice that constitutes fraud or has made an intentional misrepresentation of material fact under the terms of the Group Policy.

c.  <u>Violation of Participation or Contribution Rules</u>. The Policyholder has failed to comply with a material provision of this Group Policy relating to group participation or employer contribution rules.

d.  <u>Movement Outside the Service Area</u>. There is no longer any insured person who lives, resides or works in the provider network's service area.

**This Policy has been updated effective June 1, 2008**

e.   Cessation of Small-Employer Status. The employer has ceased to be a Small Employer as defined in PART I.

f.   Relocation of the Group. The Policyholder relocates to a state where The Principal has ceased to offer Health Insurance Coverage in the Small Group Market.

g.   Termination of Coverage in The Small Group Market. The Principal elects to nonrenew all Health Insurance Coverage in the Small Group Market in the State of TEXAS.

For the purpose of these provisions, "Small Group Market" means the health insurance market under which individuals obtain Health Insurance Coverage (directly or through any arrangement) on behalf of themselves and their dependents through a Group Health Plan maintained by a Small Employer, as defined in PART I.

## Article 4 - Nonrenewal or Termination: Effective Date and Notice Provisions

Termination of this Group Policy due to the Policyholder's nonpayment of premium will be as described in Article 1 above.

Nonrenewal or termination by the Principal of this Group Policy for any other reason, as described in Article 3 above, will be subject to the effective date and notice provisions set forth in this Article.

a.   Fraud or Misrepresentation, Movement Outside the Service Area, or Relocation of the Group: The termination date will be the day immediately preceding the premium due date specified by The Principal in its Written notice to the Policyholder. The Principal will give such notice at least 31 days prior to the termination date.

b.   Violation of Participation or Contribution Rules, or Cessation of Small Employer Status: The termination date will be the renewal date following six consecutive months after the date the employer is no longer meeting the participation requirements. The Principal will give Written notice of termination to the Policyholder at least 31 days prior to the termination date.

c.   Termination of Coverage in the Small Group Market: The termination date will be the day immediately preceding each Policyholder's Policy Anniversary. The Principal will notify the Texas Insurance Commissioner of its election to nonrenew all Health Insurance Coverage in the Small Group Market at least 180 days before the date of the first nonrenewal. The Principal will notify each affected Small Employer, and all enrollees under the employer's coverage, at least 180 days before the date coverage will terminate for that Small Employer. An additional notice will be given by The Principal to each Small Employer at least 30 days before the termination date applicable to that Small Employer. Upon receipt of such additional notice, it will be the Small Employer's responsibility to notify all enrollees of the termination.

**This Policy has been updated effective June 1, 2008**

## PART II - POLICY ADMINISTRATION

PLIC Henry 38

**Article 5 - Policyholder Responsibility to Members**

If this Group Policy terminates for any reason, the Policyholder must:

a.  notify each Member of the effective date of the termination; and

b.  refund or otherwise account to each Member all contributions received or withheld from Members for premiums not actually paid to The Principal.

**Article 6 - Policy Changes**

**a.  Changes by The Principal**

The Principal has the right to make certain modifications to coverage under the Group Policy as of any Policy Anniversary as provided in PART II, Section A. Any such modification will be effective on a uniform basis among all Group Health Plans in the Small Group Market with that same product. The Principal must notify the state's insurance regulator and each affected Policyholder of the modification not later than 60 days prior to the date the modification is effective.

In addition, The Principal may discontinue offering a particular type of health insurance coverage as of any premium due date. In this event, The Principal will:

(1)  Provide initial notice of such discontinuance to each Policyholder, and to all persons covered under such coverage, at least 90 days prior to the date of discontinuance; and

(2)  Provide an additional notice to each Policyholder at least 30 days prior to the date of discontinuance; and

(3)  Offer to each Policyholder the option to purchase any other health insurance coverage currently being offered by The Principal in the Small Group Market, as defined in Article 3. Such offer will be uniformly applied to all Policyholders in the Small Group Market, without regard to claims experience or any other health-related factors.

**b.  Changes Requested by the Policyholder**

The Policyholder may request modification of policy provisions. If The Principal agrees to such modification, it will be effective on the premium due date mutually agreed to by the Policyholder and The Principal.

**This Policy has been updated effective June 1, 2008**

PART II - POLICY ADMINISTRATION

PLIC Henry 39

## Section A - Eligibility

### Article 1 - Member Medical Expense Insurance

A person will be eligible for Member Medical Expense Insurance on the first of the Insurance Month coinciding with or next following the date the person completes the Waiting Period.

The Waiting Period is a period of 30 consecutive days during which the person is continuously employed as a Member.

### Article 2 - Dependent Medical Expense Insurance

A person will be eligible for Dependent Medical Expense Insurance on the later of:

a.    the date the person is eligible for Member Medical Expense Insurance; or

b.    the date the person first acquires a Dependent.

**This Policy has been updated effective June 1, 2008**

# PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

## Section B - Effective Dates

### Article 1 - Member Medical Expense Insurance

**a.  Effective Date for Noncontributory Insurance**

Unless a Member waives coverage in writing and is covered under another group medical policy, insurance for which the Member contributes no part of premium will become effective on the date the Member is eligible. Insurance must be requested on a form provided by The Principal.

If request for noncontributory insurance is made more than 31 days after the date an individual is eligible and other than during an Annual Open Enrollment Period described in d. (3) below or Special Enrollment Period described in d. (4) below, insurance for such individual will become effective as described for Late Enrollees in d. (1) and d. (2) below.

If request for noncontributory insurance is made more than 31 days after the date an individual is eligible but during an Annual Open Enrollment Period described in d. (3) below, insurance for such individual will become effective as described in d. (3) below.

If request for noncontributory insurance is made more than 31 days after the date an individual is eligible but during a Special Enrollment Period described in d. (4) below, insurance for such individual will become effective as described in d. (4) below.

**b.  Effective Date for Contributory Insurance**

If a Member is to contribute a part of premium, insurance must be requested in a form provided by The Principal. The requested insurance will become effective on:

(1)  the date the Member is eligible, if the request is made on or before that date; or
(2)  the first of the Insurance Month coinciding with or next following the date of the Member's request, if the request is made within 31 days after the date the Member is eligible.

If request for contributory insurance is made more than 31 days after the date an individual is eligible and other than during an Annual Open Enrollment Period described in d. (3) below or Special Enrollment Period described in d. (4) below, insurance for such individual will become effective as described for Late Enrollees in d. (1) and d. (2)

**This Policy has been updated effective June 1, 2008**

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

PLIC Henry 41

below.

If request for contributory insurance is made more than 31 days after the date an individual is eligible but during an Annual Open Enrollment Period as described in d. (3) below, insurance for such individual will become effective as described in d. (3) below.

If request for contributory insurance is made more than 31 days after the date an individual is eligible but during a Special Enrollment Period described in d. (4) below, insurance for such individual will become effective as described in d. (4) below.

**c.   Statement of Health Requirements**

A statement of health, in a form provided by The Principal, may be required from each Member when he or she first requests insurance under this Group Policy. The statement of health will be used for rating the group, case management or reinsurance purposes. In no event will a person be declined for insurance, or charged an additional premium, due to his or her health status.

**d.   Late Enrollment Provisions**

**(1)   Definition**

**Late Enrollee.** Late Enrollee means, with respect to coverage under an employer's Group Health Plan, a Member or Dependent who enrolls under such plan other than during:

(a)   the first period in which the individual is eligible to enroll under the Group Health Plan; or
(b)   a Special Enrollment Period described in d. (4) below.

For the purpose of (a) above, only the most recent period of eligibility will be considered in determining whether an individual is a Late Enrollee if:

(a)   the individual loses eligibility under the Group Health Plan or due to a general suspension of the Group Health Plan; and
(b)   the individual later becomes eligible again under the Group Health Plan or due to resumption of the Group Health Plan's coverage.

The term "Late Enrollee" also means a Member or Dependent who:

(a)   was previously insured under this Group Policy, but elected to terminate the insurance; and
(b)   reapplies for insurance more than 31 days after the termination date; and
(c)   does not qualify for one of the Special Enrollment Periods described in d. (4)

**This Policy has been updated effective June 1, 2008**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

PLIC Henry 42

below.

**(2) Effective Date for Late Enrollees**

If a Late Enrollee requests insurance other than during an Annual Open Enrollment Period or Special Enrollment Period, the effective date of insurance for such Late Enrollee will be the day immediately following completion of the next Annual Open Enrollment Period described in.(3) below, provided on such date:

(a) the Member continues to meet the Group Policy's definition of a Member; and

(b) for Dependent coverage, the Dependents continue to meet the Group Policy's definition of Dependent.

The individual will be subject to the Group Policy's Preexisting Condition Exclusion provisions, as described in PART IV, Section E, when his or her insurance becomes effective.

**(3) Annual Open Enrollment Period**

An Annual Open Enrollment Period will be available for any Member or Dependent who failed to enroll:

(a) during the first period in which he or she was eligible to enroll, or during any subsequent Special Enrollment Period, as described in d. (4) below; or

(b) during any previous Annual Open Enrollment Period; or

(c) within 31 days after the termination date, if the individual was previously insured under this Group Policy but elected to terminate the insurance.

To qualify for enrollment during the Annual Open Enrollment period, the Member or Dependent:

(a) must meet the eligibility requirements described in this Group Policy, including satisfaction of any applicable Waiting Period; and

(b) may not be covered under an alternate medical expense coverage offered by the Policyholder unless the Annual Open Enrollment Period happens to coincide with a separate open enrollment period established for coverage election.

The Annual Open Enrollment Period is the calendar month immediately prior to the Policy Anniversary date and accepted by The Principal.

The effective date for any such individual requesting insurance during the Annual Open Enrollment Period will be the day immediately following completion of the Annual Open Enrollment Period.

**This Policy has been updated effective June 1, 2008**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

PLIC Henry 43

The individual will be subject to the Group Policy's Preexisting Condition Exclusion provisions, as described in PART IV, Section E, when his or her insurance becomes effective.

**(4)** **Special Enrollment Periods**

If request for a Member's or Dependent's enrollment is made after the first period in which the individual was eligible to enroll but during a Special Enrollment Period as described below, that Member or Dependent will be a Special Enrollee and will not be considered a Late Enrollee.

The Special Enrollment Periods are:

(a) Loss of Other Coverage: A Special Enrollment Period will apply to a Member or Dependent if all the following conditions are met:

    (i) the individual (Member or Dependent) was covered under another Group Health Plan or had other Health Insurance Coverage at the time of his or her initial eligibility, and declined enrollment solely due to the other coverage; and

    (ii) the other coverage terminated due to loss of eligibility (including loss due to divorce or legal separation, death, cessation of dependent status, termination of employment or reduction in work hours, incurring a claim that meets or exceeds the other coverage lifetime limit on all benefits, when the individual no longer resides, lives, or works in a service area and there is no other benefit package available under the other Group Health Plan, or when the other Group Health Plan no longer offers any benefits to a class of similarly situated individuals), or due to termination of employer contributions (or, if the other coverage was under a COBRA or state continuation provision, due to exhaustion of the continuation); and

    (iii) request for enrollment is made within 31 days after the other coverage terminates or after a claim is denied due to reaching the lifetime limit of all benefits under the other health coverage.

The effective date of insurance will be the date after the other coverage terminates.

NOTE: For the purpose of (a)(ii) above:

-    "loss of eligibility" does not include a loss due to failure of the individual to pay premiums on a timely basis or termination of coverage for cause (such as making a fraudulent claim or an intentional misrepresentation of a material fact in connection with the health coverage); and

**This Policy has been updated effective June 1, 2008**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

         -      "employer contributions" include contributions by any current or former employer (of the individual or another person) that was contributing to coverage for the individual.

(b)    <u>Newly Acquired Dependents</u>: A Special Enrollment Period will apply to a Member or Dependent if:

     (i)     the Member is enrolled (or is eligible to be enrolled but has failed to enroll during a previous enrollment period); and

     (ii)    a person becomes a Dependent of the Member through marriage, birth, adoption, Placement for Adoption, or the Member's becoming a party in a suit for adoption; and

     (iii)   request for enrollment is made within 31 days after the date of the marriage, birth, adoption, Placement for Adoption, or the Member's becoming a party in a suit for adoption.

The effective date of the Member's or Dependent's insurance will be:

     (i)     in the event of marriage, the date of marriage; or

     (ii)    in the event of a Dependent Child's birth, the date of such birth; or

     (iii)   in the event of a Dependent Child's adoption, Placement for Adoption, or the Member's becoming a party in a suit for adoption, the date of such adoption, Placement for Adoption, or becoming a party in a suit for adoption, whichever is earliest.

(c)    <u>Court-Ordered Coverage Under a Qualified Medical Child Support Order (QMCSO) or National Medical Support Notice (NMSN)</u>: A Special Enrollment Period will apply to a Member or Dependent Child if:

     (i)     The Member is enrolled (or is eligible to be enrolled but has failed to enroll during a previous enrollment period); and

     (ii)    The Member has failed to enroll the Dependent Child during a previous enrollment period; and

     (iii)   The Member is required by a QMCSO or NMSN as defined by federal law and state insurance laws to provide health coverage for the Dependent Child.

The request for enrollment:

     (i)     May be made at any time after the issue date of the QMCSO or NMSN; and

     (ii)    Will apply only to the Member and/or Dependent Child(ren) listed in

**This Policy has been updated effective June 1, 2008**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

PLIC Henry 45

the QMCSO or NMSN.

The effective date of the Member's or Dependent Child's insurance will be the date of the issue of the QMCSO or NMSN.

A request for enrollment for any Dependent not listed in the QMCSO or NMSN will be subject to the regular effective date provisions or this Group Policy.

(d)  <u>All Other Court-Ordered Coverage</u>. A Special Enrollment Period will apply to a Member, a spouse, or Dependent Child if:

  (i)  the Member is enrolled (or is eligible to be enrolled but has failed to enroll during a previous enrollment period); and

  (ii)  the Member has failed to enroll the spouse or Dependent Child during a previous enrollment period; and

  (iii)  the Member is required by a court or administrative order to provide health coverage for the spouse or Dependent Child; and

  (iv)  request for enrollment for the spouse is made within 31 days after the issue date of the court or administrative order. A request for enrollment for a Member or Dependent Child may be made at any time after the issue date of the court or administrative order.

The effective date of the Member's, spouse's or Dependent Child's insurance will be the date of the request for enrollment.

(e)  <u>Election to Transfer Coverage</u>. A Special Enrollment Period will apply to a Member and his or her Dependents if:

  (i)  the Policyholder offers employees a choice among health benefit coverages; and

  (ii)  the Member elects to transfer from another of the offered coverages to coverage under this Group Policy; and

  (iii)  request for enrollment is made during an open enrollment period designated by the Policyholder for such transfer.

The effective date of the Member's and Dependent's insurance under this Group Policy will be the day immediately following the last day of the designated open enrollment period described in (d) (iii) above.

(f)  <u>Loss of Medicaid or Texas CHIP Coverage for Dependent Child</u>. A Special Enrollment Period will apply to a Member's Dependent Child if:

  (i)  The Member is enrolled but has failed to enroll the Dependent Child during a previous enrollment period; and

**This Policy has been updated effective June 1, 2008**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

(ii) The Dependent Child lost coverage under:

- Medicaid (Title XIX of the Social Security Act), other than coverage consisting solely of benefits for substance abuse under Section 1928 of the Social Security Act; or
- The Texas Child Health Plan for Certain Low-Income Children (CHIP) under Chapter 62 of the Health and Safety Code; and

(iii) The request for enrollment is made within 31 days after the date other coverage terminates.

The effective date of the Dependent Child's insurance will be the date of the request for enrollment.

(g) Eligibility for Medicaid or Texas CHIP Coverage for a Member or Dependent. A Special Enrollment Period will apply to a Member or Dependent if:

(i) The Member is enrolled (or is eligible to be enrolled but has failed to enroll during a previous enrollment period); and

(ii) The Member has failed to enroll the Dependent during a previous enrollment period; and

(iii) The Texas Department of Health or a designee of the Texas Department of Health provides written Notice that the Member or Dependent is eligible for medical assistance under the state Medicaid program or the Dependent Child is enrolled in the Texas Child Health Plan for Certain Low-Income Children (CHIP) under Chapter 62 of the Health and Safety Code and are participating in the state health insurance premium payment reimbursement program for medical assistance recipients under the Texas Human Resources Code.

The request for enrollment:

(i) May be made at any time after the issue date of the Notice; and

(ii) Will apply only to the Member or Dependent listed in the Notice.

The effective date of the Member's or Dependent's insurance will be the date of the request for enrollment.

(h) Loss of Eligibility for Medical Assistance Under the State Medicaid Program or the Texas Child Health Plan for Certain Low-Income Children (CHIP). A Special Enrollment Period will apply to a Member or Dependent if:

**This Policy has been updated effective June 1, 2008**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

PLIC Henry 47

(i) The Member is enrolled (or is eligible to be enrolled but has failed to enroll during a previous enrollment period); and

(ii) The Member has failed to enroll the Dependent during a previous enrollment period; and

(iii) The Member or Dependent has lost eligibility for medical assistance under the state Medicaid program or CHIP; and

(iv) The request for enrollment is made within 31 days after the date eligibility for medical assistance terminates.

The request for enrollment will apply only to the Member or Dependent if medical assistance under the state Medicaid program or CHIP has been discontinued.

The effective date of the Member's or Dependent's insurance will be the date of the request for enrollment.

**e.  Effective Date for Benefit Changes - Change in Member Status**

A change in a Member's Scheduled Benefits because of a change in the Member's status (insurance class) will be effective on the first of the Insurance Month coinciding with or next following the date of change in status.

Any termination of Scheduled Benefits due to a change in a Member's status (insurance class) will be effective on the date of the change in status.

**f.  Effective Date for Benefit Changes - Change by Policy Amendment**

A change in the amount of a Member's Scheduled Benefits because of a change in the Schedule of Insurance (as described in PART IV, Section A) by amendment to this Group Policy will be effective on the date of change.

## Article 2 - Dependent Medical Expense Insurance

Dependent Medical Expense Insurance is available only with respect to Dependents of Members currently insured for Member Medical Expense Insurance. If a Member is eligible for Dependent Medical Expense Insurance, such insurance will become effective under the same terms as set forth for Member Medical Expense Insurance in this Section B, Article 1, except as described below:

a. Any required statement of health will be with respect to the health of the Member's Dependents.

**This Policy has been updated effective June 1, 2008**

### PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

PLIC Henry 48

b.  If Dependent Medical Expense Insurance is then in effect for any other Dependent of the Member, a Member will be insured with respect to a new Dependent on the date the new Dependent is acquired. Request for insurance is not required provided The Principal has been notified of the new Dependent within 31 days after the date the Dependent is acquired.

c.  A newly born or newly adopted child will be covered under this Group Policy from the moment of birth, or on the date of the child's adoption or Placement for Adoption or the Member's becoming a party in a suit for adoption, provided the child meets the Group Policy's definition of a Dependent Child. Any applicable prior-application or first of the Insurance Month provisions will be waived with respect to such child. With the respect to a newborn child, no premium will be charged for the child's coverage during the 31-day period following the date of birth.

However, if payment of a specific premium is required to provide coverage for a Dependent Child, the Member must notify The Principal of the birth, adoption or Placement or the Member's becoming a party in a suit for adoption, within 31 days after the date it occurs in order to have the child's coverage continue beyond the 31-day period. If such notice is not given to The Principal within the 31-day period, the child will be subject to the Late Enrollment provisions described in this section. If the request for enrollment is a result of a QMCSO or NMSN, the child will not be a Late Enrollee and is eligible for a Special Enrollment Period as described in Article 1 of this section.

If the child's insurance terminates because the Member fails to request coverage for the child (or make the required premium payment) within the 31-day period following the child's date of birth, adoption or Placement, or the Member's becoming a party in a suit for adoption, benefits will be payable only for covered expenses incurred by the child during the 31-day period in which insurance was in force. The Extended Benefits provisions described in PART IV, Section A (17) will not apply to the child.

**This Policy has been updated effective June 1, 2008**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

# PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

## Section C - Individual Terminations

### Article 1 - Member Medical Expense Insurance

Unless continued as provided in Section D - Continuation, a Member's coverage under this Group Policy will terminate on the earliest of:

a.    the date this Group Policy is terminated; or

b.    the end of the Insurance Month for which the last premium is paid for the Member's Insurance; or

c.    for contributory insurance, the end of any Insurance Month desired, if requested by the Member before that date; or

d.    the end of the Insurance Month in which the Member ceases to be a Member as defined in PART I; or

e.    the end of the Insurance Month in which the Member ceases to be actively employed; or

f.    for Comprehensive Medical Expense Insurance, the date the total amount of benefits paid under this Group Policy for the Member reaches the Overall Lifetime Maximum Payment Limit shown in PART IV, Section A.

With respect to items d. and e. above, a Member's coverage under this Group Policy will terminate at the end of the Insurance Month following the date The Principal receives notice from the Policyholder that the Member is no longer eligible under this Group Policy.

### Article 2 - Dependent Medical Expense Insurance

Unless continued as provided in Section D - Continuation, a Member's coverage under the Group Policy for a Dependent will terminate on the earliest of:

a.    the date his or her Member Medical Expense Insurance ceases; or

b.    the end of the Insurance Month for which the last premium is paid for the Member's Dependent Medical Expense Insurance; or

**This Policy has been updated effective June 1, 2008**

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 5008 SE (TX)-1      Section C - Individual Terminations, Page 1

c.  for contributory insurance, the end of any Insurance Month desired, if requested by the Member before that date; or

d.  for each spouse or Dependent Child, on the last day of the Insurance Month in which that spouse or Dependent Child ceases to be a Dependent as defined in PART I. However, a spouse who no longer resides with the Member will not cease to be a Dependent until legally separated or divorced, provided the spouse otherwise continues to be a Dependent as defined in PART I; or

e.  for each spouse or Dependent Child, for Comprehensive Medical Expense Insurance, the date the total amount of benefits paid under this Group Policy for that spouse or Dependent Child reaches the Overall Lifetime Maximum Payment Limit shown in PART IV, Section A.

With respect to item d. above, coverage for each spouse or Dependent Child will terminate at the end of the Insurance Month following the date The Principal receives notice from the Policyholder that the Dependent is no longer eligible under this Group Policy.

This Policy has been updated effective June 1, 2008

PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

GC 5008 SE (TX)-1     Section C - Individual Terminations, Page 2

# PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

## Section D - Continuation

### Article 1 - Member Medical Expense Insurance

**a. Sickness or Injury**

Insurance for a Member who has ceased to be actively employed due to sickness or injury may be continued until the earliest of:

(1) the date insurance would otherwise cease as provided in this PART III, Section C; or

(2) the end of the Insurance Month in which the Member recovers; or

(3) the end of the Insurance Month in which the Member is covered under the USERRA continuation provision.

(4) the end of the Insurance Month after coverage has been continued under this Section for twelve (12) consecutive months.

**b. Layoff or Approved Leave of Absence**

Insurance for a Member who has ceased to be actively employed due to layoff or approved leave of absence may be continued until the earliest of:

(1) the date insurance would otherwise cease as provided in this PART III, Section C; or

(2) the end of the Insurance Month in which the layoff or approved leave of absence ends; or

(3) the date the Member becomes eligible for any other group medical expense coverage; or

(4) the date one month after the end of the Insurance Month in which the Member has ceased to be actively employed.

If coverage under this Group Policy is subject to COBRA or a state continuation law, this continuation period will run concurrent with the COBRA or state continuation period.

**c. State Required - Texas**

A Member's Medical Expense Insurance may also be continued as described in Article 3, State Required Continuation.

**This Policy has been updated effective June 1, 2008**

### PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

PLIC Henry 52

**Article 2 - Dependent Medical Expense Insurance**

**a.  During Continuation of Member Insurance**

Except as otherwise provided in this PART III, Section C, Dependent Medical Expense Insurance may remain in force during any period that Member Medical Expense Insurance is continued.

**b.  Developmentally Disabled or Physically Handicapped Children**

**(1)  Qualification**

Medical Expense Insurance for a child may be continued after the child reaches the maximum age for Dependent Children as defined in PART I of this Group Policy, provided that:

- the child is incapable of self-support as the result of a Developmental Disability or Physical Handicap and became so before reaching the maximum age and is dependent on the Member for primary support; and
- except for age, the child continues to be a Dependent Child as defined in PART I; and
- proof of the child's incapacity is sent to The Principal within 31 days after the date the child reaches the maximum age; and
- further proof that the child remains incapable of self-support is provided when The Principal requests, but not more frequent than annually after the two-year period following the date the child reaches the maximum age; and
- the child undergoes examination by a Physician when The Principal requests. The Principal will pay for these examinations and will choose the Physician to perform them.

**(2)  Period of Continuation**

Insurance for a Dependent Child who qualifies as set forth above may be continued until the earlier of:

- the date insurance would cease for any reason other than the child's attainment of the maximum age; or
- the date the child becomes capable of self-support or otherwise fails to qualify as set forth in (1) above.

This continuation is in addition to any continuation authorized under COBRA or state law, if any, and will precede the COBRA or state continuation period.

**c.  Comprehensive Medical Overall Lifetime Maximum Payment Limit**

**This Policy has been updated effective June 1, 2008**

PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

PLIC Henry 53

If the Member's Comprehensive Medical Expense Insurance terminates because the total amount of benefits paid under this Group Policy on behalf of the Member reaches the Comprehensive Medical Overall Lifetime Maximum Payment Limit, his or her Dependent Medical Expense Insurance will continue until the earliest of:

(1) the date the Member ceases to be a Member as defined in PART I; or
(2) the date Dependent Medical Expense Insurance would otherwise cease as provided in this PART III, Section C; or
(3) the date the Member's insurance would have otherwise ceased if the Member had not exhausted his or her Comprehensive Medical Expense benefits.

### d. State Required - TEXAS

A Dependent's Medical Expense Insurance may also be continued as described in Article 3, State Required Continuation.

## Article 3 - State Required Continuation - Texas

### a. Member Continuation

#### (1) Continuation

A qualified Member and his or her covered Dependents may continue coverage as described below.

#### (2) Qualification for Continuation

A Member will qualify for continuation if:

(i) insurance under this Group Policy terminates for any reason other than involuntary termination for cause or the Member's failure to pay any required premium; and
(ii) the Member has been continuously covered under this Group Policy (or for similar benefits under any group policy which it replaces) for at least the 3-month period immediately prior to the date insurance terminates; and
(iii) the terminated insurance is not replaced by similar group coverage within 31 days.

However, the Member will not qualify for continuation if:

(i) the Member has or is eligible for similar benefits under another group or individual plan whether insured or uninsured; or
(ii) the Member is eligible for or covered under Medicare; or
(ii) similar benefits are provided for or available to the Member under any state

**This Policy has been updated effective June 1, 2008**

### PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

PLIC Henry 54

or federal law.

**(3) Period of Continuation**

A Member who qualifies for continuation as described above, and who also qualifies for COBRA continuation, may elect to begin this period of continuation upon completion of the COBRA continuation.

This period of continuation will begin on the date insurance would otherwise terminate under this Group Policy, or on the date of completion of the COBRA continuation period (whichever is applicable), and will end on the earliest of:

(i) the date this Group Policy is terminated; (the continuation period may be completed under the Policyholder's replacement coverage: if any); or

(ii) the end of the premium period for which premium is paid, if the Member fails to make timely payment of a required premium; or

(iii) the date the Member becomes eligible or covered for similar benefits under another group medical expense plan or Medicare; or

(iv) the date on which similar benefits are provided or are available to the Member under state or federal law; or

(v) the date insurance would otherwise cease as provided under PART III, Section C; or

(vi) the date insurance has been continued for six months.

**(4) Notice, Election and Premium Requirements**

The Member must notify the Policyholder in Writing and pay the first premium within 31 days after the date insurance would otherwise end under this Group Policy, or within 31 days after the completion of the COBRA continuation period (whichever is applicable).

**c.  Dependent Continuation: Six-Month Continuation Period**

A Member's Dependent may continue insurance for up to six months if the Dependent's insurance would terminate for any reason other than involuntary termination for cause or the Member's failure to pay any required premium. The terms and conditions of such continuation are as described for the Member in a. above.

**d.  Dependent Continuation: Three-Year Continuation Period**

**(1)  Continuation**

A qualified Dependent may continue coverage for up to three years as described below.

**This Policy has been updated effective June 1, 2008**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

PLIC Henry 55

**(2) Qualification for Continuation**

A Dependent will qualify for continuation if:

(i) insurance would otherwise end because of the Member's death, severance of the family relationship (dissolution of marriage) or the Member's retirement; and

(ii) the Dependent has been continuously covered under this Group Policy (or for similar benefits under any group policy which it replaces) for at least the 12-month period immediately prior to the date insurance terminates, or is an infant less than 12 months of age; and

(iii) the Dependent is not eligible for substantially similar coverage under any other plan or program (including Medicare).

**(3) Period of Continuation**

Insurance for a Dependent who qualifies as described above may be continued until the earliest of:

(i) the date this Group Policy is terminated; (the continuation period may be completed under the Policyholder's replacement coverage; if any); or

(ii) the end of the premium period for which premium is paid, if the Dependent fails to make timely payment of a required premium; or

(iii) the date the Dependent becomes eligible for substantially similar coverage under any other plan or program (including Medicare); or

(iv) the date insurance would otherwise cease as provided under PART III, Section C; or

(v) the date insurance has been continued for three years.

**(4) Notice, Election and Premium Requirements**

The Member or Dependent must give the Policyholder Written notice of severance of the family relationship within 15 days after it occurs. Upon receipt of such notice, or upon receiving notice of the Member's death or retirement, the Policyholder must give the Dependent Written notice of the right to continue coverage. The Dependent must request continuation and pay the first premium within 60 days after the date insurance would otherwise terminate.

## Article 4 - Federal Required Continuation

**a. Consolidated Omnibus Budget Reconciliation Act (COBRA)**

COBRA applies to any employer (excepting the federal government and religious organizations) who:

**This Policy has been updated effective June 1, 2008**

## PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

(1) maintains group health coverage; and
(2) normally employed 20 or more employees on a typical business day during the preceding calendar year. For this purpose, "employee" means full-time employees and full-time equivalent for part-time employees.

Federal law requires that certain group plans allow qualified persons who would otherwise lose coverage under the Group Policy as a result of a qualifying event, to elect to continue group coverage under the Group Policy. A full description of the COBRA continuation provisions is included in the administration material provided to the Policyholder and in the booklet-certificate.

Coverage may be extended beyond COBRA as described above in Article 3 - State Required Continuation.

**b.    Family and Medical Leave Act (FMLA)**

Federal law requires that Eligible Employees be provided a continuation period in accordance with the provisions of the Federal Family and Medical Leave Act (FMLA).

This is a general summary of the FMLA and how it affects this Group Policy. A full description of the FMLA continuation provisions is included in the administration material provided to the Policyholder.

**(1)    FMLA and Other Continuation Provisions**

These FMLA continuation provisions:

- are in addition to any other continuation provisions described in this Group Policy, if any; and
- will run concurrently with any other continuation provisions described in this Group Policy for sickness, injury, layoff, or approved leave of absence, if any.

If continuation qualifies for both state and FMLA continuation, the continuation period will be counted concurrently toward satisfaction of the continuation period under both the state and FMLA continuation periods.

**(2)    Eligible Employer**

Eligible Employer means any employer who is engaged in commerce or in any industry or activity affecting commerce who employs 50 or more employees for each working day during each of 20 or more calendar work weeks in the current or preceding calendar year.

**(3)    Eligible Employee**

**This Policy has been updated effective June 1, 2008**

### PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

PLIC Henry 57

Eligible Employee means an employee who has worked for the Eligible Employer:

- for at least 12 months; and
- for at least 1,250 hours during the year preceding the start of the leave; and
- at a work-site where the Eligible Employer employs at least 50 employees within a 75-mile radius.

For this purpose, "employs" has the meaning provided by the Federal Family and Medical Leave Act (FMLA).

### (4)   Mandated Unpaid Leave

Eligible Employers are required to allow 12 workweeks of unpaid leave during any 12-month period to Eligible Employees for one or more of the following reasons:

- the birth of a child of an Eligible Employee and in order to care for the child.
- the placement of a child with the Eligible Employee for adoption or foster care.
- to care (physical or psychological care) for the spouse, child, or parent of the Eligible Employee, if they have a "serious health condition".
- a "serious health condition" that makes the Eligible Employee unable to perform the functions of his or her job.

### (5)   Reinstatement

An Eligible Employee's terminated insurance may be reinstated in accordance with the provisions of the FMLA.

## c.   Uniform Services Employment and Reemployment Rights Act of 1994 (USERRA)

Federal law requires that if a Member's insurance would otherwise end because he or she enters into active military duty or inactive military duty for training, the Member may elect to continue insurance (including Dependents insurance) in accordance with the provisions of the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA).

Such continued insurance will terminate on the earliest of:

### (1)   for a Member and his or her Dependents:

- the date this Group Policy is terminated; or
- the end of the premium period for which premium is paid if the Member fails to make timely payment of a required premium; or
- the date 24 months after the date the Member enters active military duty; or

**This Policy has been updated effective June 1, 2008**

### PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS

- the date after the day in which the Member fails to return to active employment or apply for reemployment with the Policyholder.

(2) for a Member's Dependents:

- the date Dependent Medical Expense Insurance would otherwise cease as provided in this PART III, Section C; or
- the end of any Insurance Month desired, if requested by the Member before that date.

Continuation provisions described in this Group Policy for sickness, injury, layoff, or approved leave of absence, if any, may apply. These continuation provisions, however, will terminate on the end of the Insurance Month in which the Member is covered under the USERRA continuation provision. If the Member qualifies for USERRA, COBRA, or state continuation, the election of one means the rejection of the other.

The reinstatement time period, as provided in this PART III, Section E, may be extended for an approved leave of absence taken in accordance with the provisions of the federal law regarding USERRA.

This is a general summary of the USERRA and how it affects this Group Policy. A full description of the USERRA continuation provisions is included in the administration material provided to the Policyholder.

**This Policy has been updated effective June 1, 2008**

**PART III - INDIVIDUAL REQUIREMENTS AND RIGHTS**

PLIC Henry 59

## Section E - Reinstatement

### Article 1 - Reinstatement

A Member's terminated insurance will be reinstated if:

a.  insurance ceased because of layoff or approved leave of absence; and

b.  the Member returns to active employment for the Policyholder within six months of the date insurance ceased.

The Member's reinstated insurance will be in force on the first of the Insurance Month coinciding with or next following the date of return to active employment.

Only the period of time during which a Member is actually insured will be included in determining the length of his or her continuous coverage under this Group Policy. For this purpose the period of time during which a reinstated Member's insurance was not in force:

a.  will not be considered an interruption of continuous coverage; and

b.  will not be used to satisfy any provision of this Group Policy which pertains to a period of continuous coverage.

**This Policy has been updated effective June 1, 2008**

Section A - Medical Expense Insurance (General Provisions)

## Article 1 - Schedule of Insurance

**a.  Insurance Class**

Subject to the Effective Date provisions of PART III, Section B, Scheduled Benefits for insured Members and Dependents will be:

| Class | Scheduled Benefits |
|---|---|
| All Members and their Dependents | All benefits as described under PART IV, Section A |

**b.  Maximum Benefits**

Benefit payment provided under PART IV, Section A, for a Member or Dependent will not exceed:

**Comprehensive Medical**
Overall Lifetime Maximum
Payment Limit                                                        $5,000,000

As described in the following Part IV Sections, there are other Lifetime Maximum Payment Limits applicable to certain medical Treatments or Service. Benefits paid toward all such limits will be counted towards the Overall Lifetime Maximum Payment Limit described above, and will reduce the Overall Lifetime Maximum Payment Limit accordingly.

## Article 2 - Benefit Qualification

A Member or Dependent will qualify for payment of the benefits provided for an insurance class if:

a.  he or she is insured in that class on the date medical Treatment or Service is received; and

**This Policy has been updated effective June 1, 2008**

PART IV - BENEFITS

GC 5012-4 Section A - Medical Expense Insurance (General Provisions), Page 1

b.   the claim requirements of this PART IV, Section C, are satisfied.

## Article 3 - Benefits Payable

Benefits payable under this Group Policy will be as described under PART IV, Section A, subject to:

a.   the limitations listed in such section(s); and

b.   the terms and conditions set forth in:

   (1)   Utilization Management Program in this PART IV, Section B1 (1A); and
   (2)   Coordination with Other Benefits in this PART IV, Section F; and
   (3)   Subrogation and Reimbursement in this PART IV, Section H.

## Article 3A - Benefits Payable - Required by Federal Law

Subject to the provisions as described in Article 3 above, benefits under this Group Policy will be payable for:

a.   **Newborns' and Mothers' Health Protection Act of 1996**

Under Federal law, Group Health Plans generally may not restrict benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, Federal law generally does not prohibit the mother's or newborn's Physician, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, a Group Health Plan may not, under Federal law, require that a provider obtain authorization from the Group Health Plan for prescribing a length of stay not in excess of 48 hours (or 96 hours).

See "Maternity Coverage" under Benefits Payable - State Required - TEXAS below for description of how benefits will be payable under the Group Policy.

b.   **Women's Health and Cancer Rights Act of 1998**

Under Federal law, group health plans and health insurance issuers providing benefits for mastectomy must also provide, in connection with the mastectomy for which the participant or beneficiary is receiving benefits, coverage for:

   (1)   all stages of reconstruction of the breast on which the mastectomy has been performed;

**This Policy has been updated effective June 1, 2008**

## PART IV - BENEFITS

**GC 5012-4 Section A - Medical Expense Insurance (General Provisions), Page 2**

(2) surgery and reconstruction of the other breast to produce a symmetrical appearance; and

(3) prostheses and physical complications of mastectomy, including lymphedemas;

in a manner determined in consultation between the attending Physician and the patient.

Also see "Mastectomy" and "Reconstructive Breast Surgery" under Benefits Payable - State Required - TEXAS below.

## Article 3B - Benefits Payable - State Required - Texas

Subject to the provisions described in Article 3 above, benefits under this Group Policy will be payable for:

### a.  Treatment of Diabetes

Covered Charges will include the following equipment, supplies and related services for the treatment of diabetes when medically necessary and prescribed by a Physician or licensed health care provider. Benefits will be payable the same as any other Treatment or Service.

Covered Charges will include medications, supplies, and equipment prescribed by a Physician or licensed health care provider unless the Physician or licensed health care provider approves a substitution.

#### (1)  Equipment

Covered Charges will include blood glucose monitors, including noninvasive glucose monitors and monitors designed to be used by blind individuals; insulin pumps and associated appurtenances including insulin infusion devices, batteries, skin preparation items, adhesive supplies, infusion sets, insulin cartridges, durable and disposable devices to assist in the injection of insulin, and other required disposable supplies; podiatric appliances for the prevention of complications associated with diabetes, including up to two pairs of therapeutic foot wear per year; biohazard disposable containers; and repairs and necessary maintenance or pumps not provided under a manufacture's warranty or purchase agreement, and rental fees for pumps during the repairs.

#### (2)  Supplies

Covered Charges will include test strips for blood glucose monitors; visual reading and urine test strips and tables which test for glucose, ketones, and proteins; lancet and lancet devices; insulin and insulin analogs; injection aids, including devised used to assist with insulin injection and needleless systems; syringes; prescriptive

**This Policy has been updated effective June 1, 2008**

### PART IV - BENEFITS

GC 5012-4 Section A - Medical Expense Insurance (General Provisions), Page 3

and nonprescriptive oral agents for controlling blood sugar levels; glucagon emergency kits.

(3) **Related Services**

Covered Charges will also include diabetes self-management training for a Member, Dependent, or Caretaker. Self-management training is provided upon the following occurrences: (a) the initial diagnosis of diabetes; (b) a Physician or other health care provider diagnosis of a significant change in the patient's symptoms or condition requiring the changes in the management regime; or (c) a Physician or other health care provider prescribes periodic or episodic education warranted by the development of new techniques and treatment for diabetes.

"Caretaker" means a family member or significant other responsible for ensuring that a patient who is not able to manage his or her illness (due to age or infirmity) is properly managed, including overseeing diet, administration of medications, and use of equipment and supplies.

(4) **Accessibility of Diabetes Self-Management Training**

Diabetes self-management training must be provided by a: (a) licensed health care professional, including a Physician, a physician assistant, a registered nurse, a licensed or registered dietician, or a pharmacist; who has been determined by their licensing board to have recent didactic and experiential preparation in diabetes clinical and educational issues; (b) a diabetes self-management training program recognized by the American Diabetes Association, (c) multidisciplinary team coordinated by a Certified Diabetes Educator which consists of at least a dietitian and a nurse educator; or (d) a Certified Diabetes Educator.

(5) **Benefits Payable For Equipment and Supplies**

The amount of supplies that constitutes a 30-day supply for an insured is the amount prescribed as a 30-day supply by the physician or practitioner of the insured.

All other diabetic equipment and supplies will be payable the same as any other covered Treatment or Service under Benefits Payable - State Required - Texas.

b. **Temporomandibular Joint Disorders (TMJ)**

Covered Charges will include charges incurred for medically necessary surgical and nonsurgical treatment of temporomandibular (jaw or craniomandibular) joint disorders (TMJ). Benefits will be payable the same as for treatment to any other joint in the body. Coverage must include treatment for diagnosis or surgery resulting from an accident, trauma, a congenital defect, a developmental defect or pathology. However, Covered

This Policy has been updated effective June 1, 2008

PART IV - BENEFITS

GC 5012-4 Section A - Medical Expense Insurance (General Provisions), Page 4

Charges will not include any charges for appliances, orthodontic services, or treatment for replacement or restoration of the dentition, supporting tissues, and bone.

**c.   Mammography Services**

Covered Charges will include charges for mammography services.

If services are provided by a PPO Provider, benefits for screening mammography will be payable the same as the Adult Wellness Benefit as described in Section A (7). All other mammograms will be payable the same as for any other covered Treatment or Service.

**d.   Mastectomy**

Covered charges will include Hospital Inpatient Confinement Charges incurred for mastectomy and lymph node dissection for the treatment of breast cancer. Benefits will be payable for a minimum of 48 hours following a mastectomy and a minimum of 24 hours following a lymph node dissection. Benefits will be payable the same as any other covered Treatment or Service; however, the 48-hour and 24-hour minimum will not be subject to the Hospital Admission Review or Medically Necessary requirements of this Group Policy. Any benefits payable in excess of the 48-hour or 24-hour minimum will be subject to all terms and conditions of this Group Policy that apply to any other covered Treatment or Service.

**e.   Reconstructive Surgery After Mastectomy**

Covered Charges will include charges incurred for reconstructive surgery performed as a result of a partial or total mastectomy and for reconstructive surgery on a nondiseased breast to establish symmetry with a diseased breast. Covered Charges will include prostheses and treatment of physical complications, including lymphedemas, at all stages of mastectomy. Benefits will be payable the same as any other covered Treatment or Service and may not be subject to dollar limits other than any overall lifetime maximum payment limit of this Group Policy.

**f.   Bone-Mass Measurement**

Covered Charges will include charges for medically accepted bone-mass measurement when recommended by a Physician for the detection of low bone-mass and to determine the individual's risk of osteoporosis. Benefits will be payable the same any other covered Treatment or Service.

**g.   Dental Services**

Covered Charges will include charges incurred by a Member or Dependent who is unable to undergo dental treatment in an office setting or under local anesthesia due to

**This Policy has been updated effective June 1, 2008**

documented physical, mental, or medical reason as determined by the physician or dentist providing the dental care. Benefits will be payable the same as for any other covered Treatment or Service.

**h.   Prostate Cancer Screening**

Covered Charges will include charges incurred for an annual digital rectal examination and a prostate specific antigen test.

If services are provided by a PPO Provider, benefits for prostate cancer screening tests will be payable the same as the Adult Wellness Benefit as described in Section A (7). All other prostate cancer screening tests will be payable the same as for any other covered Treatment or Service.

**i.   Child Immunizations**

Covered Charges will include charges incurred for immunizations administered to a Dependent Child from birth through six years of age. The term immunizations will include vaccines for Diphtheria, Haemophilus Influenza type B, Hepatitis B, Measles, Mumps, Pertussis, Polio, Rubella, Tetanus, Varicella, and any other immunization that is required by law. Benefits for immunizations will be paid at 100% of Prevailing Charges and no Deductible will be applied.

Note: This benefit will be coordinated with the Pediatric Vaccine benefit described in Section A (7).

**j.   Hearing Tests for Newborns**

Covered Charges will include charges incurred for each covered Dependent Child for a screening test for hearing loss from birth through the date the child is 30 days old. Covered Charges will also include charges for any necessary diagnostic follow-up care related to the screening test from birth through the date the child is 24 months old.

If services are provided by a PPO Provider, benefits for screening tests for hearing loss will be payable the same as the Well Child Visit described in Section A (7). All other hearing tests will be payable the same as for any other covered Treatment or Service, except no Deductible or visit maximum will be applied to these services. Diagnostic follow-ups related to the screening will be payable the same as any other covered Treatment or Service.

**k.   Speech and Hearing Impairment or Loss**

Covered Charges will include charges incurred by a Member or Dependent for the necessary care and treatment of loss or impairment of speech or hearing.

**This Policy has been updated effective June 1, 2008**

## PART IV - BENEFITS

Benefits will be payable the same as for any other covered Treatment or Service.

l. **Maternity Coverage**

Covered Charges will include Hospital Inpatient Confinement charges incurred by a mother and newborn Dependent Child. Benefits will be payable for a minimum of 48 hours following a vaginal delivery, excluding the day of delivery, and a minimum of 96 hours following a cesarean section, excluding the day of delivery. Benefits will be payable the same as for any other covered Treatment or Service; however, the 48-hour and 96-hour minimum will not be subject to the Hospital Admission Review or Medically Necessary Care requirements of this Group Policy. Any benefits payable in excess of the 48-hour or 96-hour minimum will be subject to all terms and conditions of this Group Policy that apply to any other covered Treatment or Service.

Covered Charges will also include charges for postdelivery follow-up care if the decision is made by the Physician to discharge the mother and newborn child before the expiration of the time periods stated above. The postdelivery follow-up care must be provided by a registered nurse, Physician, nurse practitioner, nurse midwife, or physician assistant experienced in maternal and child health. The postdelivery follow-up care must be provided in:

(1) the home, a provider's office, a Hospital, a Birthing Center, an intermediate care facility, a federally qualified health center, a federally qualified rural health clinic, or a state health department maternity clinic; or

(2) another setting determined appropriate under Federal regulations.

m. **Contraceptive Drugs, Devices and Services**

Covered Charges will include charges incurred for prescription contraceptive drugs or devices that are approved by the United States Food and Drug Administration.

Covered Charges will also include charges for outpatient contraceptive services including consultations, examinations, procedures and medical services related to the use of contraceptive methods to prevent pregnancy.

Benefits will be payable the same as for any other covered Treatment or Service.

n. **Cancer Screening Colorectal**

Covered Charges will include charges for medically recognized screening examinations for the detection of colorectal cancer including, but not limited to, screenings with:

(1) an annual fecal occult blood test: and
(2) a flexible sigmoidoscopy performed every five years; or a colonoscopy performed

**This Policy has been updated effective June 1, 2008**

## PART IV - BENEFITS

**GC 5012-4 Section A - Medical Expense Insurance (General Provisions), Page 7**

every ten years.

If services are provided by a PPO Provider, benefits for screening flexible sigmoidoscopies or screening colonoscopies will be payable the same as the Adult Wellness Benefit as described in Section A (7). All other flexible sigmoidoscopies or screening colonoscopies will be payable the same as for any other covered Treatment or Service.

o.  **Acquired Brain Injury**

   **(1)  Coverage for Services**

   Covered Charges will include charges for:
   (a)  cognitive rehabilitation therapy, cognitive communication therapy, neurocognitive therapy and rehabilitation, neurobehavioral, neurophysiological, neuropsychological, and psychophysiological testing and treatment, neurofeedback therapy and remediation required for and related to treatment of an Acquired Brain Injury; and
   (b)  post-acute transition services, community reintegration services, including outpatient day treatment services or other post-acute care treatment services necessary as a result of and related to an Acquired Brain Injury.

   Covered Charges will include charges for reasonable expenses, as determined by The Principal, related to periodic reevaluation of the care of the individual insured under this Group Policy who:

   (a)  has incurred an Acquired Brain Injury;
   (b)  has been unresponsive to treatment; and
   (c)  becomes responsive to treatment at a later date.

   Benefits will be payable the same as for any other covered Treatment or Service.

   **(2)  Definitions**

   "Acquired brain injury" means a neurological insult to the brain, which is not hereditary, congenital, or degenerative. The injury to the brain has occurred after birth and results in a change in neuronal activity, which results in an impairment of physical functioning, sensory processing, cognition, or psychosocial behavior.

   "Cognitive communication therapy" means services designed to address modalities of comprehension and expression, including understanding, reading, writing, and verbal expression of information.

   "Cognitive rehabilitation therapy" means services designed to address therapeutic cognitive activities, based on an assessment and understanding of the individual's

**This Policy has been updated effective June 1, 2008**

PART IV - BENEFITS

GC 5012-4 Section A - Medical Expense Insurance (General Provisions), Page 8

brain-behavioral deficits.

"Community reintegration services" means services that facilitate the continuum of care as an affected individual transitions into the community.

"Neurobehavioral testing" means an evaluation of the history of neurological and psychiatric difficulty, current symptoms, current mental status, and premorbid history, including the identification of problematic behavior and the relationship between behavior and the variables that control behaviors. This may include interviews of the individual, family, or others.

"Neurobehavioral treatment" means interventions that focus on behavior and the variables that control behavior.

"Neurocognitive rehabilitation" means services designed to assist cognitively impaired individuals to compensate for deficits in cognitive functioning by rebuilding cognitive skills and/or developing compensatory strategies and techniques.

"Neurocognitive therapy" means services designed to address neurological deficits in informational processing and to facilitate the development of higher level cognitive abilities.

"Neurofeedback therapy" means services that utilize operant conditioning learning procedure based on electroencephalography (EEG) parameters, and which are designed to result in improved mental performance and behavior, and stabilized mood.

"Neurophysiological testing" means an evaluation of the functions of the nervous system.

"Neurophysiological treatment" means interventions that focus on the functions of the nervous system.

"Neuropsychological testing" means the administering of a comprehensive battery of tests to evaluate neurocognitive, behavioral, and emotional strengths and weaknesses and their relationship to normal and abnormal central nervous system functioning.

"Neuropsychological treatment" means interventions designed to improve or minimize deficits in behavioral and cognitive processes.

"Other similar coverage" means the medical/surgical benefits provided under a health benefit plan. This term recognizes a distinction between medical/surgical benefits, which encompass benefits for physical illness or injuries, as opposed to

**This Policy has been updated effective June 1, 2008**

PART IV - BENEFITS

GC 5012-4 Section A - Medical Expense Insurance (General Provisions), Page 9

benefits for mental/behavioral health under a health benefit plan.

"Post-acute transition services" means services that facilitate the continuum of care beyond the initial neurological insult through rehabilitation and community reintegration.

"Psychophysiological testing" means an evaluation of the interrelationships between the nervous system and other bodily organs and behavior.

"Psychophysiological treatment" means interventions designed to alleviate or decrease abnormal physiological responses of the nervous system due to behavioral or emotional factors.

"Remediation" means the process(es) of restoring or improving a specific function.

"Services" means the work of testing, treatment, and providing therapies to an individual with an acquired brain injury.

"Therapy" means the scheduled remedial treatment provided through direct interaction with the individual to improve a pathological condition resulting from an acquired brain injury.

**p.  Craniofacial Abnormalities**

Covered Charges will include Treatment or Service for reconstructive surgery for craniofacial abnormalities for a Dependent Child under the age of 18.

"Reconstructive surgery for craniofacial abnormalities" means surgery to improve the function of, or attempt to create a normal appearance of, an abnormal structure caused by congenital defects, developmental deformities, trauma, tumors, infections or disease.

Benefits will be payable the same as for any other covered Treatment or Service.

**q.  Therapies for Children With Developmental Delays**

Covered Charges will include rehabilitative and habilitative therapies for each covered Dependent Child, ages birth to three years of age with developmental delays. The Dependent Child must be eligible and enrolled in an individualized family service plan issued by the Interagency Council on Early Childhood Intervention. Covered Charges must be determined to be necessary and provided in accordance with the individualized family service plan.

Rehabilitative and habilitative therapies include occupational therapy evaluations and services, physical therapy evaluations and services, speech therapy evaluations and services and dietary or nutritional evaluations.

**This Policy has been updated effective June 1, 2008**

### PART IV - BENEFITS

GC 5012-4 Section A - Medical Expense Insurance (General Provisions), Page 10

Cost of rehabilitative and habilitative therapies will not be applied to the annual or lifetime maximum plan benefits.

**r.** **Cervical Cancer Screening**

Covered Charges will include a Pap smear screening or a screening using a liquid-based cytology method, as approved by the United States Food and Drug Administration, for females age 18 and over. If services are provided by a PPO provider, benefits for the annual screening will be payable the same as in the adult wellness benefits as described in Section A(7) a1. All other screenings will be payable the same as any other covered Treatment or Service.

**s.** **Autism Spectrum Disorder**

Covered Charges will include charges incurred by a Dependent Child who is two or more years of age but less than six years of age who is diagnosed with Autism Spectrum Disorder. If a Dependent Child is being treated for Autism Spectrum Disorder and becomes six years of age or older and continues to need treatment, this does not preclude coverage of Treatment or Services.

Covered Charges will include charges for Generally Recognized Services prescribed for the Autism Spectrum Disorder by the Dependent Child's primary care Physician in the treatment plan recommended by that Physician.

Benefits will be payable the same as for any other covered Treatment or Service.

Autism Spectrum Disorder means a Neurobiological Disorder that includes Autism, Asperger's syndrome, or Pervasive Developmental Disorder.

Neurobiological Disorder means an illness of the nervous system caused by genetic, metabolic, or other biological factors.

Generally Recognized Services include services such as:

(1) evaluation and assessment services;
(2) applied behavior analysis;
(3) behavior training and behavior management;
(4) speech therapy;
(5) occupational therapy;
(6) physical therapy; and
(7) medications or nutritional supplements used to address symptoms of Autism Spectrum Disorder.

**Article 4 - Member Benefit Options**

**This Policy has been updated effective June 1, 2008**

**PART IV - BENEFITS**

**GC 5012-4 Section A - Medical Expense Insurance (General Provisions), Page 11**

a. **Benefit Option Election**

A Member may elect to be insured under one of the following benefit options. The benefit option elected by the Member will also apply to the Member's Dependents. The benefit options available are:

(1) $2,550 PPO/$5,000 Non-PPO Deductible, $2,550/$5,100 PPO Out-of-Pocket, $10,000/$20,000 Non-PPO Out-of-Pocket, 100% PPO/70% Non-PPO Coinsurance

(2) $2,500 PPO/$5,000 Non-PPO Deductible, $2,500/$7,500 PPO Out-of-Pocket, $10,000/$15,000 Non-PPO Out-of-Pocket, 100% PPO/70% Non-PPO Coinsurance

A Member insured under this Group Policy must elect one of the available benefit options. If the Member has other group coverage, he or she may elect to waive coverage under this Group Policy.

If the Member elects to waive coverage under this Group Policy, he or she will be eligible to apply for coverage under one of the benefit options shown above during the next annual open enrollment period. If the Member waives coverage under this Group Policy, coverage is also waived for the Member's Dependents. In no event will Dependent Medical Expense Insurance be in force for a Member who is not insured for Member Medical Expense Insurance.

The annual open enrollment period is the one-month period immediately prior to the Policy Anniversary date.

b. **Benefit Option Transfer**

A Member may transfer from one benefit option to another:

(1) during the annual open enrollment period designated by the Policyholder for such transfer; or
(2) on any premium due date, provided the transfer is requested due to a change in the Member's family status as described below; and the request for the transfer is made in Writing within 31 days after the date the change in family status occurs:

- marriage or divorce;
- death of a spouse or child;
- birth or adoption of a child;
- termination of employment by the Member's spouse or a change in the spouse's employment that causes loss of group coverage;
- the Member's spouse becomes employed;
- the Member's employment or the Member's spouse's employment changes from part-time to full-time or from full-time to part-time;
- the Member or the Member's spouse takes an unpaid leave of absence; or

**This Policy has been updated effective June 1, 2008**

PART IV - BENEFITS

GC 5012-4 Section A - Medical Expense Insurance (General Provisions), Page 12

PLIC Henry 72

- a significant change is made in the Member's or the Member's spouse's group health coverage; or

(3) on any premium due date, provided the transfer is requested as a result of a special enrollment period; and the request for the transfer is made in Writing within the required time specified for a special enrollment period described in PART III, Section B.

Any benefit option transfer will be subject to the following provisions:

(1) Charges for Treatment or Service received by a Member or Dependent while insured under one benefit option may be applied toward satisfaction of the calendar year Deductible under the other benefit option for the calendar year in which the transfer occurs, provided the charges are limited to those that:

- would be Covered Charges under this Group Policy; and
- were not paid under the other benefit option; and
- would have counted toward satisfaction of the Deductible under the other benefit option.

(2) Charges for Treatment or Service received by a Member or Dependent while insured under one benefit option may be counted to determine the payment percentage under the other benefit option for the calendar year in which the transfer occurs, provided the charges are limited to those that:

- would be Covered Charges under this Group Policy; and
- were for Treatment or Service received during the calendar year in which the benefit option transfer occurred.

(3) Benefits will be payable under each benefit option only for Covered Charges incurred while insured under that particular benefit option.

**This Policy has been updated effective June 1, 2008**

**PART IV - BENEFITS**

GC 5012-4 Section A - Medical Expense Insurance (General Provisions), Page 13